FILED
SEP 10 2007
9-10-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| GOOGLE INC., ) | 07CV 5081 |
| ) | JUDGE PALLMEYER |
| Defendant. ) | MAGISTRATE JUDGE VALDEZ |

### PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, Plaintiff, Illinois Computer Research, LLC, provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. §290:

1. Names and address of plaintiff:

   Illinois Computer Research, LLC, 125 South Wacker Drive, Suite 300, Chicago, IL 60606.

2. Name and address of defendant:

   Google Inc., 20 West Kinzie Street, Chicago, IL 60610.

3. Name of Inventor: Scott C. Harris

4. Patent Number Involved: U.S. Patent No. 7,111,252

Respectfully submitted,

/s/

Raymond P. Niro
Richard B. Megley, Jr.
Karen Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Plaintiff Memory Control Enterprise, LLC*