FILED
SEP 10 2007
9-10-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| GOOGLE INC., ) | 07CV 5081 |
| ) | JUDGE PALLMEYER |
| Defendant. ) | MAGISTRATE JUDGE VALDEZ |

**PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES –
DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Plaintiff, Illinois Computer Research, LLC, submits the following statement:

Illinois Computer Research, LLC has no parent corporation and no publicly held company owns 10% or more of the party's stock.

Respectfully submitted,

Raymond P. Niro
Richard B. Megley, Jr.
Karen Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Plaintiff Memory Control
Enterprise, LLC*