IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 5081 |
| ) | |
| v. ) | Judge Rebecca R. Pallmeyer |
| ) | Mag. Judge Maria Valdez |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION TO EXTEND TIME FOR GOOGLE TO ANSWER

Defendant, Google Inc., respectfully requests a forty-five (45) day extension of time to answer plaintiff's complaint. Google has been served with plaintiff's complaint and summons. With the forty-five day extension, Google's answer would be due on or before November 15, 2007. Plaintiff does not object to the extension, and at the request of Google and in the spirit of cooperation, has agreed to file this agreed motion on Google's behalf because Google has yet to secure local counsel in this case.

Respectfully submitted,

/s/ Richard B. Megley, Jr.
Raymond P. Niro
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC

## CERTIFICATION OF SERVICE

 The undersigned hereby certifies that a copy of the foregoing **AGREED MOTION TO EXTEND TIME FOR GOOGLE TO ANSWER** was electronically filed with the Clerk of Court using CM/ECF system. In addition, the undersigned is serving the following attorney by electronic mail:

>Michael S. Kwun
>Google Inc.
>1600 Amphitheatre Parkway
>Mountain View, CA 94043
>mkwun@google.com
>  **Counsel for Google Inc.**

on September 26, 2007.

        /s/ Richard B. Megley, Jr.