# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 5081 |

ILLINOIS COMPUTER RESEARCH, LLC.,
                                Plaintiff,

v.

GOOGLE INC. and FISH & RICHARDSON P.C.
                                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ILLINOIS COMPUTER RESEARCH, LLC.

| |
|---|
| **NAME** (Type or print)<br>Paul K. Vickrey |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul K. Vickrey |
| **FIRM**<br>NIRO, SCAVONE, HALLER & NIRO |
| **STREET ADDRESS**<br>181 W. Madison Street, Suite 4600 |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03127773 | TELEPHONE NUMBER<br>312-236-0733 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐