Illinois Computer Research, LLC v. Google Inc.                                                                    Doc. 16 Att. 2

# EXHIBIT B

Dockets.Justia.com

## Assignment

THIS ASSIGNMENT, by Scott C. Harris (hereinafter "ASSIGNOR");

WHEREAS, ASSIGNOR is the owner of all right, title and interest in and to United States Patent No. 7,111,252 entitled "Enhancing Touch and Feel on the Internet" and any and all reissues and/or reexaminations of that patent ("Assigned Patent").

WHEREAS, Illinois Computer Research LLC, an Illinois limited liability company residing in Chicago, Illinois (hereinafter "ASSIGNEE"), is desirous of acquiring the rights in the Patent.

NOW, THEREFORE, in consideration of One Dollar ($1.00) and other good and sufficient consideration, the receipt of which is hereby acknowledged, and pursuant to an agreement by and between ASSIGNOR and ASSIGNEE, ASSIGNOR has quitclaimed, sold, assigned, conveyed, delivered and transferred and does hereby quitclaim sell, assign, convey, deliver and transfer to ASSIGNEE and the successors, legal representatives and assigns of ASSIGNEE all right, title and interest in and to the Assigned Patent, together with accrued rights, including the right to bring suit for and to collect damages for any past infringement of the Assigned Patent and for any other cause of action arising from ASSIGNOR's ownership of the Assigned Patent, and in and to any and all reissues, reexaminations and extensions of the Assigned Patent, these rights to be held and enjoyed by ASSIGNEE, for its own use and benefit and the use and benefit of its successors, legal representatives and assigns, to the end of the full term of the Assigned Patent, as fully and entirely as the same would have been held and enjoyed by ASSIGNOR, had this sale and assignment not been made.

AND for the same consideration, ASSIGNOR hereby represents and warrants to ASSIGNEE, its successors, legal representatives and assigns, that prior to this assignment, ASSIGNOR was the sole and lawful owner of the entire right, title and interest in and to the Assigned Patent above-mentioned, and that it has a full, unencumbered title to the Assigned Patent and to the inventions and discoveries above described, which title it warrants unto said ASSIGNEE, its successors, legal representatives, and assigns, and that it has not executed and will not execute any document or instrument in conflict herewith.

This Assignment is effective as of July 30, 2007.

IN WITNESS WHEREOF, ASSIGNOR has hereunto set its hand this ___ day of July, 2007.

_____
Scott C Harris

Dated: 7/30/2007

2

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**
  **Patent #:** 7111252          **Issue Dt:** 09/19/2006          **Application #:** 09505646          **Filing Dt:** 02/16/2000
  **Inventor:** Scott C. Harris
     **Title:** ENHANCING TOUCH AND FEEL ON THE INTERNET
**Assignment: 1**
  **Reel/Frame:** 019628/0922          **Recorded:** 08/02/2007          **Pages:** 3
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** HARRIS, SCOTT C.          **Exec Dt:** 07/30/2007
    **Assignee:** ILLINOIS COMPUTER RESEARCH, LLC
                  125 SOUTH WACKER DRIVE, SUITE 300
                  CHICAGO, ILLINOIS 60606
**Correspondent:** RICHARD B. MEGLEY, JR.
                   181 W. MADISON STREET
                   NIRO, SCAVONE, HALLER & NIRO
                   CHICAGO, IL 60602

Search Results as of: 09/18/2007 04:19 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT