# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** )<br>　*Plaintiff and Counterclaim Defendant* )<br> )<br>　　*v.* )<br> )<br>**GOOGLE, INC.,** )<br>　*Defendant, and* )<br> )<br>**FISH & RICHARDSON P.C.,** )<br>　*Defendant, Counterclaimant and Third-Party Plaintiff,* )<br> )<br>　　*v.* )<br> )<br>**SCOTT C. HARRIS,** )<br>　*Third-Party Defendant.* | No. 07 C 5081<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO:　Raymond P. Niro
　　　Paul K. Vickrey
　　　Richard B. Megley, Jr.
　　　Karen L. Blouin
　　　NIRO, SCAVONE, HALLER & NIRO
　　　181 W. Madison, Suite 4600
　　　Chicago, Illinois 60602

　　PLEASE TAKE NOTICE that on October 16, 2007, we filed with the United States District Court for the Northern District of Illinois, Western Division's CM/ECF system the attached FISH & RICHARDSON P.C.'S ANSWER TO ICR'S AMENDED COMPLAINT, which is herewith attached and served upon you.

Dated: October 16, 2007  Respectfully submitted,

FISH & RICHARDSON P.C.

By:  s/David J. Bradford
 dbradford@jenner.com
 One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484

## CERTIFICATE OF SERVICE

I, Daniel J. Weiss, an attorney, caused the foregoing NOTICE OF FILING and FISH & RICHARDSON P.C.'S ANSWER TO ICR'S AMENDED COMPLAINT to be filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their e-mail address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Karen L. Blouin
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois  60602

    *Counsel for Illinois Computer Research, LLC*

This the 16th day of October, 2007,

    s/Daniel J. Weiss
    dweiss@jenner.com
    JENNER & BLOCK LLP
    330 North Wabash Avenue
    Chicago, Illinois  60611
    Telephone No:  312 222-9350
    Facsimile No:  312 527-0484