# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** )<br>    *Plaintiff and Counterclaim Defendant* )<br>)<br>    *v.* )<br>)<br>**GOOGLE, INC.,** )<br>    *Defendant, and* )<br>)<br>**FISH & RICHARDSON P.C.,** )<br>    *Defendant, Counterclaimant and Third-Party Plaintiff,* )<br>)<br>    *v.* )<br>)<br>**SCOTT C. HARRIS,** )<br>    *Third-Party Defendant.* | No. 07 C 5081<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO:    Raymond P. Niro
           Paul K. Vickrey
           Richard B. Megley, Jr.
           Karen L. Blouin
           NIRO, SCAVONE, HALLER & NIRO
           181 W. Madison, Suite 4600
           Chicago, Illinois 60602

      PLEASE TAKE NOTICE that on October 16, 2007, we filed with the United States District Court for the Northern District of Illinois, Western Division's CM/ECF system the attached FISH & RICHARDSON P.C.'S COUNTERCLAIM AGAINST ICR AND THIRD-PARTY COMPLAINT AGAINST SCOTT C. HARRIS, which is herewith attached and served upon you.

Dated: October 16, 2007                         Respectfully submitted,

                                                FISH & RICHARDSON P.C.

                                                By:    s/David J. Bradford
                                                       dbradford@jenner.com
                                                       One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

**CERTIFICATE OF SERVICE**

I, Daniel J. Weiss, an attorney, caused the foregoing NOTICE OF FILING and FISH & RICHARDSON P.C.'S COUNTERCLAIM AGAINST ICR AND THIRD-PARTY COMPLAINT AGAINST SCOTT C. HARRIS to be filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their e-mail addresses on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

*Counsel for Illinois Computer Research, LLC*

In addition, counsel will secure a waiver of summons or will issue a summons to third-party defendant Scott C. Harris and will file the same with the Court.

This the 16th day of October, 2007,

          s/Daniel J. Weiss
           dweiss@jenner.com
          JENNER & BLOCK LLP
          330 North Wabash Avenue
          Chicago, Illinois  60611
          Telephone No:  312 222-9350
          Facsimile No:  312 527-0484