IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., )<br> )<br>   Plaintiff and Counterclaim )<br>   Defendant, )<br> )<br>               v. )<br> )<br>GOOGLE INC., )<br>   Defendant, and )<br> )<br>FISH & RICHARDSON P.C., )<br>   Defendant, Counterclaimant and )<br>   Third-Party Plaintiff, )<br> )<br>               v. )<br> )<br>SCOTT C. HARRIS, )<br>   Third-Party Defendant. ) | Case No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br>Mag. Judge Maria Valdez |

**NOTICE OF VOLUNTARY DISMISSAL AS TO**
**DEFENDANT GOOGLE, INC. IN ACCORDANCE WITH FED.R.CIV.P. 41(A)(1)**

In accordance with Fed.R.Civ.P. 41(a)(1) plaintiff, Illinois Computer Research, LLC. ("ICR"), hereby voluntarily dismisses, with prejudice, only those claims made by ICR against defendant, Google, Inc. ("Google"). Google has not appeared in this action, served an answer to ICR's complaint or filed a motion for summary judgment. Furthermore, ICR has not previously dismissed in any court of the United States or of any state an action based on or including its claims against Google in this action.

Nothing in this voluntary dismissal waives, discharges or adjudicates any of the respective claims and counterclaims of the remaining parties (ICR, Fish & Richardson and Scott Harris), with respect to each other.

ICR and Google have agreed to pay their own attorneys' fees and costs.

        ILLINOIS COMPUTER RESEARCH LLC


        /s/ Raymond P. Niro
        Raymond P. Niro
        Paul K. Vickrey
        Richard B. Megley, Jr.
        Karen L. Blouin
        Niro, Scavone, Haller & Niro
        181 West Madison, Suite 4600
        Chicago, Illinois 60602-4515
        (312) 236-0733
        Fax:  (312) 236-3137

        Attorneys for Illinois Computer Research, LLC

**CERTIFICATION OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing **VOLUNTARY DISMISSAL AS TO DEFENDANT GOOGLE, INC. IN ACCORDANCE WITH FED.R.CIV.P. 41(A)(1)** was electronically filed with the Clerk of Court using CM/ECF system which will send notification by electronic mail to the following.

> David J. Bradford
> Eric A. Sacks
> Daniel J. Weiss
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL  60611
> (312) 222-9350
> dbradford@jenner.com
> esacks@jenner.com
> dweiss@jenner.com
>   **Counsel for Fish & Richardson, P.C.**

on November 5, 2007.

            /s/ Raymond P. Niro