## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** | ) | |
| | ) | |
| *Plaintiff and Counterclaim* | ) | |
| *Defendant* | ) | |
| | ) | |
| *v.* | ) | No. 07 C 5081 |
| | ) | |
| **GOOGLE, INC.,** | ) | Judge Pallmeyer |
| *Defendant, and* | ) | |
| | ) | Magistrate Judge Valdez |
| **FISH & RICHARDSON P.C.,** | ) | |
| *Defendant, Counterclaimant and* | ) | |
| *Third-Party Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| **SCOTT C. HARRIS**, | ) | |
| *Third-Party Defendant.* | ) | |

## NOTICE OF FILING

TO:   Raymond P. Niro
      Paul K. Vickrey
      Richard B. Megley, Jr.
      Karen L. Blouin
      NIRO, SCAVONE, HALLER & NIRO
      181 W. Madison, Suite 4600
      Chicago, Illinois  60602

      Steven L. Platt
      Arnold and Kadjan
      19 West Jackson Blvd., Suite 300
      Chicago, IL 60604
      (312) 236-0415

    PLEASE TAKE NOTICE that on November 5, 2007, pursuant to Fed. R. Civ. P. 15(a), we filed with the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF system the attached FISH & RICHARDSON P.C.'S AMENDED ANSWER TO ICR'S AMENDED COMPLAINT, which is herewith attached and served upon you.

Dockets.Justia.com

Dated: November 5, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By:    s/David J. Bradford
          dbradford@jenner.com
          One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

## CERTIFICATE OF SERVICE

I, Daniel J. Weiss, an attorney, caused the foregoing NOTICE OF FILING and FISH &
RICHARDSON P.C.'S AMENDED ANSWER TO ICR'S AMENDED COMPLAINT to be
filed with the Court by means of the Court's CM/ECF system, which will send notification of
such filing to the following counsel at their e-mail address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

*Counsel for Illinois Computer Research, LLC*
*and Mr. Scott C. Harris*

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

*Counsel for Mr. Scott C. Harris*

This the 5th day of November, 2007,

s/Daniel J. Weiss
 dweiss@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484