AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**ILLINOIS COMPUTER RESEARCH, LLC,**
*Plaintiff and Counterclaim Defendant*

v.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**GOOGLE, INC.,**
*Defendant, and*

**FISH & RICHARDSON P.C.,**
*Defendant, Counterclaimant and Third-Party Plaintiff,*

v.

**SCOTT C. HARRIS,**
*Third-Party Defendant.*

CASE NUMBER:   07 C 5081

ASSIGNED JUDGE:   Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE:   Maria G. Valdez

To: Name and address of Third Party Defendant

Scott C. Harris
3329 Cerros Redondos
Rancho Santa Fe, CA 92067-1389

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Paul K. Vickrey
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

David J. Bradford
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

_/s/ Juette Montero_                                                    OCT 2 6 2007        OCT 2 6 2007

(By) DEPUTY CLERK                                              DATE

JENNER & BLOCK LLP
330 N WABASH
CHICAGO IL 60611
312-840-7824               Ref. No.        : 0290502-01
                           Atty. File No.  : 07 C 5081

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF | : ILLINOIS COMPUTER RESEARCH, LLC | Case No.: 07 C 5081 |
| DEFENDANT | : GOOGLE, INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION; RETURN OF SERVICE; FISH & RICHARDSON P.C.'S COUNTERCLAIM AGAINST ICR AND THIRD-PARTY COMPLAINT AGAINST SCOTT C. HARRIS; CERTIFICATE OF SERVICE

3. a. Party served    :   SCOTT C. HARRIS
                          (M/C/5'7/170#/50YRS/BLACK-GRAY HAIR)
   b. Person served   :   Party in item 3a

4. Address where the party was served 3329 CERROS REDONDOS
                                      RANCHO SANTA FE, CA 92067   (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on October 30, 2007  (2) at: 08:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. JAMES ARNN                                d. Fee for service: $126.25
   b. KNOX ATTORNEY SERVICE, INC.               e. I am:
      2250 Fourth Avenue                           (3) a registered California process server
      San Diego, California 92101                     (i) an employee
   c. 619-233-9700                                   (ii) Registration No. 152
                                                     (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 31, 2007          Signature:  _JAMES ARNN_

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)            **PROOF OF SERVICE**