# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 11/6/2007 |
| **CASE TITLE** |  | Illinois Computer Research, LLC vs. Google Inc., et al | |

**DOCKET ENTRY TEXT**

Plaintiff, Illinois Computer Research, LLC, hereby voluntarily dismisses, with prejudice, only those claims made by ICR against Defendant, Google, Inc. Case remains pending as to all remaining claims and counterclaims.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Google Inc., et al                                         Page 1 of 1

Dockets.Justia.com