# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, <br> *Plaintiff and Counterclaim Defendant* <br><br> v. <br><br> **GOOGLE, INC.**, <br> *Defendant, and* <br><br> **FISH & RICHARDSON P.C.**, <br> *Defendant, Counterclaimant and Third-Party Plaintiff,* <br><br> v. <br><br> **SCOTT C. HARRIS**, <br> *Third-Party Defendant and Counterclaimant,* <br><br> v. <br><br> **FISH & RICHARDSON P.C.**, <br> *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | No. 07 C 5081 <br><br> Judge Pallmeyer <br><br> Magistrate Judge Valdez |

## FISH & RICHARDSON P.C.'S
## MOTION FOR LIMITED EXPEDITED DISCOVERY

Pursuant to Rules 16, 26, and 34 of the Federal Rules of Civil Procedure, Fish & Richardson P.C. ("Fish & Richardson"), by its attorneys Jenner & Block LLP, respectfully moves this Court for an order expediting limited discovery, seeking the immediate production of an alleged patent sale agreement between defendants Scott Harris and Illinois Computer Research, LCC, and any agreement by which Mr. Harris is entitled to participate financially in and/or obligated to cooperate with the assertion of claims based on the patents that he purportedly sold while a principal at Fish & Richardson. In support of this Motion, Fish &

Richardson submits the accompanying Memorandum of Law and Statement of Efforts to Reach an Accord.

Dated:  November 19, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By:   s/ David J. Bradford
      dbradford@jenner.com
      One of Its Attorneys

David J. Bradford, Esq.
Terrence J. Truax, Esq.
Eric A. Sacks, Esq.
Daniel J. Weiss, Esq.
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

**CERTIFICATE OF SERVICE**

I, David J. Bradford, an attorney, caused the foregoing to be filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their e-mail address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

*Counsel for Illinois Computer Research, LLC
and Mr. Scott C. Harris*

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

*Counsel for Mr. Scott C. Harris*

This the 19th day of November, 2007,

s/David J. Bradford

  dbradford@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484