## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** | ) |
| *Plaintiff and Counterclaim Defendant* | ) |
| | ) |
| *v.* | ) |
| | ) |
| **GOOGLE, INC.,** | ) |
| *Defendant, and* | ) |
| | ) |
| **FISH & RICHARDSON P.C.,** | ) No. 07 C 5081 |
| *Defendant, Counterclaimant and Third-Party Plaintiff,* | ) Judge Pallmeyer |
| | ) |
| *v.* | ) Magistrate Judge Valdez |
| | ) |
| **SCOTT C. HARRIS,** | ) |
| *Third-Party Defendant and Counterclaimant,* | ) |
| | ) |
| *v.* | ) |
| | ) |
| **FISH & RICHARDSON P.C.,** | ) |
| *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | ) |

## NOTICE OF MOTION

TO:   Raymond P. Niro                          Steven L. Platt
      Paul K. Vickrey                          Arnold and Kadjan
      Richard B. Megley, Jr.                   19 West Jackson Blvd., Suite 300
      Karen L. Blouin                          Chicago, IL 60604
      NIRO, SCAVONE, HALLER & NIRO             (312) 236-0415
      181 W. Madison, Suite 4600
      Chicago, Illinois  60602

        Please take notice that on November 21, 2007, at 8:45 a.m., we shall appear
before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON
P.C.'S MOTION FOR LIMITED EXPEDITED DISCOVERY, a copy of which is hereby served
upon you.

Dockets.Justia.com

Dated: November 19, 2007                    Respectfully submitted,

                                            FISH & RICHARDSON P.C.

                                            By:    s/David J. Bradford
                                                   dbradford@jenner.com
                                                   One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

## <u>CERTIFICATE OF SERVICE</u>

I, David J. Bradford, an attorney, caused the foregoing NOTICE OF MOTION and FISH & RICHARDSON P.C.'S MOTION FOR LIMITED EXPEDITED DISCOVERY and accompanying memorandum of law to be filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their e-mail address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

*Counsel for Illinois Computer Research, LLC*
*and Mr. Scott C. Harris*

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

*Counsel for Mr. Scott C. Harris*


This the 19th day of November, 2007,

s/David J. Bradford
 dbradford@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484