# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 11/20/2007. Fish & Richardson P.C.'s motion for limited expedited discovery [40] granted as stated in open court; obligation to proceed with expedited discovery for critical documents is mutual; both parties will produce within fourteen (14) days documents requested that are appropriate for expedited discovery.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Google Inc. Page 1 of 1

Dockets.Justia.com