# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** ) | |
|    *Plaintiff and Counterclaim Defendant,* ) | |
| ) | |
| *v.* ) | |
| ) | |
| **FISH & RICHARDSON P.C.,** ) | No. 07 C 5081 |
|    *Defendant, Counterclaimant and* ) | |
|    *Third-Party Plaintiff,* ) | Honorable Rebecca R. Pallmeyer |
| ) | |
| *v.* ) | Magistrate Judge Maria Valdez |
| ) | |
| **SCOTT C. HARRIS**, ) | |
|    *Third-Party Defendant and* ) | |
|    *Counterclaimant,* ) | JURY TRIAL DEMANDED |
| ) | |
| *v.* ) | |
| ) | |
| **FISH & RICHARDSON P.C.,** ) | |
|    *Defendant, Counterclaimant, Third-* ) | |
|    *Party Plaintiff and Counterclaim* ) | |
|    *Defendant.* ) | |

## NOTICE OF FILING

TO:   Raymond P. Niro                                       Steven L. Platt
         Paul K. Vickrey                                       Arnold and Kadjan
         Richard B. Megley, Jr.                     19 West Jackson Blvd., Suite 300
         Karen L. Blouin                                       Chicago, IL 60604
         NIRO, SCAVONE, HALLER & NIRO     (312) 236-0415
         181 W. Madison, Suite 4600
         Chicago, Illinois 60602

       PLEASE TAKE NOTICE that on November 21, 2007, we filed with the United States

District Court for the Northern District of Illinois, Eastern Division's CM/ECF system the

attached FISH & RICHARDSON P.C.'S REPLY TO SCOTT HARRIS'S COUNTERCLAIM,

which is herewith attached and served upon you.

Dated: November 21, 2007            Respectfully submitted,

                                           FISH & RICHARDSON P.C.

                                           By:    s/ David J. Bradford
                                                        One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484

**CERTIFICATE OF SERVICE**

I, Daniel J. Weiss, an attorney, hereby certify that on November 21, 2007, Fish & Richardson P.C.'s foregoing Notice Of Filing and Fish & Richardson P.C.'s Reply To Scott Harris's Counterclaim, were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the below parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Raymond P. Niro | Steven L. Platt |
| Paul K. Vickrey | Arnold and Kadjan |
| Richard B. Megley, Jr. | 19 West Jackson Blvd., Suite 300 |
| Karen L. Blouin | Chicago, IL 60604 |
| NIRO, SCAVONE, HALLER & NIRO | (312) 236-0415 |
| 181 W. Madison, Suite 4600 | *Counsel for Mr. Scott C. Harris* |
| Chicago, Illinois 60602 | |
| *Counsel for Illinois Computer Research, LLC and Mr. Scott C. Harris* | |

This the 21st day of November, 2007,

    s/Daniel J. Weiss
    dweiss@jenner.com
    JENNER & BLOCK LLP
    330 North Wabash Avenue
    Chicago, Illinois 60611
    Telephone No: 312 222-9350
    Facsimile No: 312 527-0484