# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** )<br>    *Plaintiff and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**FISH & RICHARDSON P.C.,** )<br>    *Defendant, Counterclaimant and Third-Party Plaintiff,* )<br>)<br>*v.* )<br>)<br>**SCOTT C. HARRIS,** )<br>    *Third-Party Defendant and Counterclaimant,* )<br>)<br>*v.* )<br>)<br>**FISH & RICHARDSON P.C.,** )<br>    *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* ) | No. 07 C 5081<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:    Raymond P. Niro                             Steven L. Platt
          Paul K. Vickrey                               Arnold and Kadjan
          Richard B. Megley, Jr.                  19 West Jackson Blvd., Suite 300
          Karen L. Blouin                               Chicago, IL 60604
          NIRO, SCAVONE, HALLER & NIRO      (312) 236-0415
          181 W. Madison, Suite 4600
          Chicago, Illinois 60602

Please take notice that on Wednesday, November 28, 2007, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON P.C.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST ICR, a

copy of which is hereby served upon you.

Dated: November 21, 2007                    Respectfully submitted,

                                                               FISH & RICHARDSON P.C.

                                                               By:     s/ David J. Bradford
                                                                           dbradford@jenner.com
                                                                           One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

**CERTIFICATE OF SERVICE**

I, Daniel J. Weiss, an attorney, hereby certify that on November 21, 2007, Fish & Richardson P.C.'s (1) foregoing Notice Of Motion, (2) Fish & Richardson P.C.'s Rule 12(c) Motion For Judgment On The Pleadings Against ICR, and (3) Memorandum of Law In Support Of Fish & Richardson P.C.'s Rule 12(c) Motion For Judgment On The Pleadings Against ICR, were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the below parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's CM/ECF system.

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois  60602
*Counsel for Illinois Computer Research, LLC
and Mr. Scott C. Harris*

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415
*Counsel for Mr. Scott C. Harris*

This the 21st day of November, 2007,

s/ Daniel J. Weiss
dweiss@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484