# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>    *Plaintiff and Counterclaim Defendant*, )<br>)<br>    *v.* )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff*, )<br>)<br>    *v.* )<br>)<br>**SCOTT C. HARRIS**, )<br>    *Third-Party Defendant and*<br>    *Counterclaimant*, )<br>)<br>    *v.* )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>    *Defendant, Counterclaimant, Third-*<br>    *Party Plaintiff and Counterclaim*<br>    *Defendant.* ) | No. 07 C 5081<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

## FISH & RICHARDSON P.C.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR ATTORNEYS' FEES UNDER 735 ILCS 110 *et seq.*

For the reasons stated in its Memorandum of Law in Support of Fish & Richardson P.C.'s Rule 12(c) Motion for Judgment on the Pleadings and for Attorneys' Fees Under 735 ILCS 110 *et seq*, a copy of which is filed simultaneously and incorporated herein, Fish & Richardson, by its attorneys, respectfully moves this Court under Federal Rule of Civil Procedure 12(c) for the entry of an order entering judgment on the pleadings as a matter of law in favor of Fish &

Richardson and against plaintiff Scott Harris on Counts I and II in the Counterclaim.

Dated: November 21, 2007                    Respectfully submitted,

                                            FISH & RICHARDSON P.C.

                                            By:    s/ David J. Bradford
                                                   One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

2