# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** | ) ) ) |
| *Plaintiff and Counterclaim Defendant,* | ) ) |
| *v.* | ) ) ) |
| **FISH & RICHARDSON P.C.,** | ) |
| *Defendant, Counterclaimant and Third-Party Plaintiff,* | ) ) ) |
| *v.* | ) ) ) |
| **SCOTT C. HARRIS,** | ) |
| *Third-Party Defendant and Counterclaimant,* | ) ) ) |
| *v.* | ) ) ) |
| **FISH & RICHARDSON P.C.,** | ) |
| *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | ) |

No. 07 C 5081

Judge Pallmeyer

Magistrate Judge Valdez

## NOTICE OF MOTION

TO:  Raymond P. Niro                       Steven L. Platt
     Paul K. Vickrey                       Arnold and Kadjan
     Richard B. Megley, Jr.                19 West Jackson Blvd., Suite 300
     Karen L. Blouin                       Chicago, IL 60604
     NIRO, SCAVONE, HALLER & NIRO          (312) 236-0415
     181 W. Madison, Suite 4600
     Chicago, Illinois 60602

Please take notice that on Wednesday, November 28, 2007, at 8:45 a.m., we shall appear

before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON

P.C.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR

ATTORNEYS' FEES UNDER 735 ILCS 110 *et seq.*, a copy of which is hereby served upon you.

Dated: November 21, 2007          Respectfully submitted,

                                          FISH & RICHARDSON P.C.

                                          By:    s/ David J. Bradford
                                                      dbradford@jenner.com
                                                      One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

## CERTIFICATE OF SERVICE

I, Daniel J. Weiss, an attorney, hereby certify that on November 21, 2007, Fish & Richardson P.C.'s (1) foregoing Notice Of Motion, (2) Fish & Richardson P.C.'s Rule 12(c) Motion For Judgment On The Pleadings And For Attorneys' Fees Under 735 ILCS 110 *et seq.*, and (3) Memorandum of Law In Support Of Fish & Richardson P.C.'s Rule 12(c) Motion For Judgment On The Pleadings And For Attorneys' Fees Under 735 ILCS 110 *et seq.*, were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the below parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Raymond P. Niro | Steven L. Platt |
| Paul K. Vickrey | Arnold and Kadjan |
| Richard B. Megley, Jr. | 19 West Jackson Blvd., Suite 300 |
| Karen L. Blouin | Chicago, IL 60604 |
| NIRO, SCAVONE, HALLER & NIRO | (312) 236-0415 |
| 181 W. Madison, Suite 4600 | *Counsel for Mr. Scott C. Harris* |
| Chicago, Illinois 60602 | |
| *Counsel for Illinois Computer Research, LLC and Mr. Scott C. Harris* | |

This the 21st day of November, 2007,

s/ Daniel J. Weiss
 dweiss@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484