# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Illinois Computer Research, LLC

                          Plaintiff,

v.                                          Case No.: 1:07–cv–05081
                                             Honorable Rebecca R. Pallmeyer

Fish & Richardson P.C., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2007:

      MINUTE entry before Judge Rebecca R. Pallmeyer: On the Court's own motion, Rule 16 Conference set for 11/26/2007 is reset to 12/3/2007 at 9:00 A.M. by agreement of the parties. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com