Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED: That Scott C. Harris and Illinois Computer Research, LLC shall file their respective responses to the Rule 12(c) motions [49, 52] on or before 12/28/2007, and IT IS FURTHER ORDERED that Fish & Richardson P.C. shall file its reply briefs in support of its Rule 12(c) motions on or before 1/16/2008. Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Google Inc.　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

Dockets.Justia.com