

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,**<br>*Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>**FISH & RICHARDSON P.C.,**<br>*Defendant, Counterclaimant and Third-Party Plaintiff,*<br><br>v.<br><br>**SCOTT C. HARRIS,**<br>*Third-Party Defendant and Counterclaimant,*<br><br>v.<br><br>**FISH & RICHARDSON P.C.,**<br>*Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### AGREED ORDER

This matter having come to be heard on Fish & Richardson P.C.'s Rule 12(c) Motion For Judgment On The Pleadings And For Attorneys' Fees Under 735 ILCS 110 *et seq.* and Rule 12(c) Motion For Judgment On The Pleadings Against ICR (the "Rule 12(c) Motions"), and due and proper notice having been given; and counsel for Fish & Richardson P.C., Scott C. Harris, and Illinois Computer Research, LLC, having conferred, stipulated and agreed;

IT IS HEREBY ORDERED that Scott C. Harris and Illinois Computer Research, LLC shall file their respective responses to the Rule 12(c) Motions on or before December 28, 2007, and

IT IS FURTHER ORDERED that Fish & Richardson P.C. shall file its reply briefs in support of its Rule 12(c) Motions on or before January 16, 2008.

                                                                       Judge Rebecca R. Pallmeyer

ORDER AGREED TO:                                        11/28/07

                                                                       **FISH & RICHARDSON P.C.**

Date: 11/26/07                                            By:  *s/ David J. Bradford*
                                                                          David J. Bradford
                                                                          Terrence J. Truax
                                                                          Eric A. Sacks
                                                                          Daniel J. Weiss
                                                                          JENNER & Block LLP
                                                                          One IBM Plaza
                                                                          Chicago, IL 60611
                                                                          Telephone: (312) 222-9350
                                                                          Fax: (312) 527-0484

                                                                     **ILLINOIS COMPUTER RESEARCH, LLC**

Date: 11/26/07                                            By:  *s/ Paul K. Vickrey (with consent)*
                                                                          Raymond P. Niro
                                                                          Paul K. Vickrey
                                                                          Richard B. Megley, Jr.
                                                                          David J. Sheikh
                                                                          Karen C. Blouin
                                                                          Niro, Scavone, Haller & Niro
                                                                          181 West Madison, Suite 4600
                                                                          Chicago, Illinois 60602
                                                                          (312) 236-0733
                                                                          Fax: (312) 236-3137

SCOTT C. HARRIS

Date: 11/26/07  By: s/ *Paul K. Vickrey (with consent)*
Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
David J. Sheikh
Karen C. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

**SCOTT C. HARRIS**

Date: 11/26/07

By: <u>s/ *Paul K. Vickrey (with consent)*</u>
Raymond P. Niro
Paul K. Vickrey

Richard B. Megley, Jr.

David J. Sheikh

Karen C. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

4