Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 12/3/2007 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

Rule 16 conference convened. Rule 26(a)(1) disclosures to be made by 12/14/2007. All discovery to be completed by 9/30/2008. Retained expert reports under Rule 26(a)(2): For all issues on which a party bears the burden of proof by 6/30/2008; rebuttal reports by 8/15/2008. Parties allowed to join additional parties and to amend pleadings by 3/31/2008. Parties have leave to take up to 15 depositions per side without further leave of court. Dispositive motions due by 10/31/2008. ICR and Harris to prepare proposed PTO draft by 1/30/2008; Joint Final Pretrial Order by 2/27/2009. Status hearing set for 2/5/2008 at 9:00.

Docketing to mail notices.

00:09

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | ETV |

07C5081 Illinois Computer Research, LLC vs. Google Inc.                                    Page 1 of 1

Dockets.Justia.com