IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, <br> *Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> FISH & RICHARDSON P.C., <br> *Defendant, Counterclaimant and Third-Party Plaintiff,* <br><br> v. <br><br> SCOTT C. HARRIS, <br> *Third-Party Defendant and Counterclaimant,* <br><br> v. <br><br> FISH & RICHARDSON P.C., <br> *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | No. 07 C 5081 <br><br> Judge Pallmeyer <br><br> Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:  Raymond P. Niro                       L. Steven Platt
     Paul K. Vickrey                       ARNOLD & KADJAN
     Richard B. Megley, Jr.                19 West Jackson Blvd., Suite 300
     Karen L. Blouin                       Chicago, IL 60604
     NIRO, SCAVONE, HALLER & NIRO          (312) 236-0415
     181 W. Madison, Suite 4600
     Chicago, Illinois 60602

Please take notice that on Tuesday, December 11, 2007, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached AGREED MOTION TO ENTER STIPULATED PROTECTIVE ORDER, a copy of which is hereby served upon you.

Dated: December 6, 2007          Respectfully submitted,

FISH & RICHARDSON P.C.

By:    s/ David J. Bradford
        dbradford@jenner.com
        One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484

## CERTIFICATE OF SERVICE

I, Eric J. Schwab, an attorney, hereby certify that on December 6, 2007, Fish & Richardson P.C.'s (1) foregoing Notice Of Motion, and (2) Agreed Motion to Enter Stipulated Protective Order were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, and (3) the Proposed Stipulated Protective Order was submitted by e-mail to Judge Pallmeyer for her approval and electronic entry, pursuant to Judge Pallmeyer's case management procedures. Notice of this filing will be sent electronically to the below parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Karen L. Blouin<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, Illinois  60602<br>rniro@nshn.com<br>vickrey@nshn.com<br>*Counsel for Illinois Computer Research, LLC and Mr. Scott C. Harris* | L. Steven Platt<br>ARNOLD & KADJAN<br>19 West Jackson Blvd., Suite 300<br>Chicago, IL 60604<br>(312) 236-0415<br>lsplatt@arnoldandkadjan.com<br>*Counsel for Mr. Scott C. Harris* |

This the 6th day of December, 2007,

                                                             s/ Eric J. Schwab
                                                             eschwab@jenner.com
                                                             JENNER & BLOCK LLP
                                                             330 North Wabash Avenue
                                                             Chicago, Illinois  60611
                                                             Telephone No:  312 222-9350
                                                             Facsimile No:  312 527-0484