# EXHIBIT C

Dockets.Justia.com

**JENNER&BLOCK**

November 21, 2007

Jenner & Block LLP    Chicago
330 N. Wabash Avenue  Dallas
Chicago, IL 60611-7603  New York
Tel 312 222-9350    Washington, DC
www.jenner.com

**Electronic Transmission**

David J. Bradford
Tel  312 923-2975
Fax  312 840-7375
dbradford@jenner.com

Raymond P. Niro
Paul K. Vickrey
Niro Scavone Haller & Niro
181 West Madison Street
Suite 4600
Chicago, Illinois  60602

> Re:    ICR and Scott Harris v. Fish & Richardson

Dear Ray and Paul:

Pursuant to Judge Pallmayer's Order, we appreciate your providing within 14 days of receipt of this letter the following documents:

1)  Any documents reflecting a sale, transfer, pledge, assignment, or other transaction related to any patent as to which Harris claims to be an inventor or co-inventor ("Harris patents") - including documents sufficient to allow an accurate identification of all parties that claim interests in the Harris patents and when the alleged interests were created;

2)  Any communications, on behalf of Harris, ICR, or any party with an interest in any of the Harris patents, that assert infringement or potential infringement of a Harris patent - including documents sufficient to identify all parties that have been notified or advised that they may have infringed a Harris patent;

3)  Any documents related to the formation of any party that has or claims an interest in any Harris patent and as to which the Niro , Scavone, Haller & Niro law firm (the "Niro firm") played a role in the company's formation - including documents sufficient to disclose which entities claiming an interest in any of the Harris patents were formed by the Niro firm;

4)  Any agreements that relate or refer to any of the Harris patents  or to claims or licenses related to a Harris patent - including documents sufficient to identify any agreements entered into with respect to any Harris patent;

5)  Any agreements to which the Niro firm is a party that reflect the formation of an attorney-client relationship with Harris, ICR,  or with any party asserting an interest in any of the Harris patents - including any retainer or other agreement setting forth the terms and conditions on which the  Niro firm agreed to represent a party asserting rights in relation to any of the patents; and

Ray Niro
Paul K. Vickrey
November 21, 2007
Page 2


6) All documents created while Harris was at Fish & Richardson that relate or refer to the assertion or possible assertion of the Harris patents against Dell, Honda, LG, Google, or any other client of Fish & Richardson, including but not limited to communications with the Niro firm on those topics.

If you object to the prompt production of any of these documents, please advise us by November 27, so that we may take the issue up with the Court. We also expect to receive today, so that we may evaluate in advance of Monday's pre-trial conference, the documents which were the subject of the motion that was granted by Judge Pallmayer yesterday. Thank you in advance for your cooperation.

I hope that both of you have a happy Thanksgiving holiday weekend.

Very truly yours,

David J. Bradford


DJB:njg


1600848.1