# EXHIBIT D

## NIRO, SCAVONE, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>JOHN C. JANKA<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS<br>SALLY WIGGINS<br>RICHARD B. MEGLEY, JR.<br>MATTHEW G. McANDREWS | 181 WEST MADISON STREET - SUITE 4600<br><br>CHICAGO, ILLINOIS 60602-4635<br><br>———<br><br>TELEPHONE (312) 236-0733<br><br>FACSIMILE (312) 236-3137 | PAUL C. GIBBONS<br>BRADY J. FULTON<br>GREGORY P. CASIMER<br>DOUGLAS M. HALL<br>DINA M. HAYES<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>ERIC J. MERSMANN<br>NICHOLAS M. DUDZIAK<br>KAREN L. BLOUIN<br>TAHITI ARSULOWICZ<br><br>OF COUNSEL:<br>THOMAS G. SCAVONE |

December 4, 2007

**Via Hand Delivery**

David J. Bradford, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611-7603

     Re:   <u>ICR and Scott Harris v. Fish & Richardson</u>

Dear David:

Responding to your November 21, 2007 letter requests:

1. Such documents are attached.

2. Such documents are attached.

3. No such documents exist.

4. Such documents are attached. As we discussed yesterday, these documents are being produced on the condition that they will be maintained on an attorney's eyes only (and in one instance, "outside counsel eyes only") basis until further agreement or Court Order.

5. This request is objected to on the ground of attorney-client privilege.

6. This request is objected to on the grounds of work product doctrine and attorney-client privilege. To prepare a log for this category would require an enormous amount of work. Is Fish willing to produce a log of all documents

relating to Scott Harris created prior to the filing of the lawsuit? Please advise. We also would need a Fish client list.

Very truly yours,

Paul K. Vickrey

PKV/kan
Attachments