# EXHIBIT G

**Sacks, Eric A**

| | |
|---|---|
| **From:** | Vickrey, Paul K [vickrey@nshn.com] |
| **Sent:** | Thursday, December 06, 2007 5:04 PM |
| **To:** | Bradford, David J; Sacks, Eric A |
| **Subject:** | Harris |
| **Attachments:** | l.bradford.priv.log.pdf |

Please see attached letter.

12/10/2007

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
TAHITI ARSULOWICZ

OF COUNSEL:
THOMAS G. SCAVONE

December 4, 2007

**_Via Electronic Transmittal_**

David J. Bradford, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611-7603

Re:   ICR and Scott Harris v. Fish & Richardson

Dear David:

Attached please find the privilege log referenced in my letter of this morning.

Very truly yours,

Paul K. Vickrey

PKV/kan
Attachment

| Date | From | To | Subject of Advice of Analysis | Basis |
|---|---|---|---|---|
| April 3, 2007 | Niro, Scavone, Haller & Niro | Scott Harris | Representation agreement with Memory Control Enterprise | Attorney Client Privilege |
| August 6, 2007 | Niro, Scavone, Haller & Niro | Parker Innovative Technologies | Representation agreement with Parker Innovative Technologies | Attorney Client Privilege |
| August 6, 2007 | Niro, Scavone, Haller & Niro | Innovative Patented Technology, LLC | Representation agreement with Innovative Patented Technology, LLC | Attorney Client Privilege |
| August 6, 2007 | Niro, Scavone, Haller & Niro | Illinois Computer Research LLC | Representation agreement with Illinois Computer Research LLC | Attorney Client Privilege |
| August 6, 2007 | Niro, Scavone, Haller & Niro | Innovative Biometric Technology, LLC | Representation agreement with Innovative Biometric Technology, LLC | Attorney Client Privilege |
| August 6, 2007 | Niro, Scavone, Haller & Niro | BarTex | Representation agreement with BarTex | Attorney Client Privilege |
| August 8, 2007 | Niro, Scavone, Haller & Niro | Parker Innovative Technologies | Representation agreement with Parker Innovative Technologies | Attorney Client Privilege |