# EXHIBIT H

# JENNER&BLOCK

Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel 312 222-9350
www.jenner.com

Chicago
Dallas
New York
Washington, DC

December 7, 2007

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Paul K. Vickrey, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

David J. Bradford
Tel 312 923-2975
Fax 312 840-7375
dbradford@jenner.com

Dear Paul:

This letter addresses the privilege log you forwarded yesterday. We are surprised that it does not include any reference to a retention agreement between your firm and Mr. Harris. Please promptly identify and provide that agreement.

Additionally, we demand immediate production of the documents that you have failed to produce in response to Judge Pallmeyer's Order granting expedited discovery. This includes communications by Mr. Harris while a principal at Fish & Richardson related to the assertion or possible assertion of his patents against firm clients. It also includes unredacted copies of documents that contain redactions. It should also include the actual retention agreements identified on the privilege log, because retention agreements are not privileged.

I would appreciate our meeting and conferring by telephone on these issues on Monday. Please advise me as to what time is convenient for you.

Thank you for your prompt response.

Very truly yours,

David J. Bradford

DJB:fms
cc:   Raymond P. Niro, Esq.
      David J. Sheikh, Esq.