# EXHIBIT I

Dockets.Justia.com

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET-SUITE 4600

CHICAGO, ILLINOIS 60602-4635

———

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
TAHITI ARSULOWICZ

———

OF COUNSEL:
THOMAS G. SCAVONE

December 10, 2007

***Via Electronic Transmittal***

David J. Bradford, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611-7603

     Re:   <u>ICR and Scott Harris v. Fish & Richardson</u>

Dear David:

     Responding to your letter of December 7, we respectfully disagree with your claims, just as you presumably disagree with the claims of ICR and Scott Harris.  It is not productive to keep arguing your case in letters to me (e.g. Mr. Harris was a "principal", etc.)  Are you refusing to provide a contemporaneous list of Fish clients as of March of 2007?  If so, on what basis?  Do you contend that such a list is privileged?  As you know, there is a dispute about whether Dell was in fact a Fish client.  We already have produced all of the communications referenced in the first paragraph of your letter.

     Very truly yours,

Paul K. Vickrey

PKV/kan