Illinois Computer Research, LLC v. Google Inc.

Case 1:07-cv-05081   Document 62-15   Filed 12/11/2007   Page 1 of 2

Doc. 62 Att. 14

# EXHIBIT N

Dockets.Justia.com

# REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER