# EXHIBIT P

### Employee Internet & E-Mail Policy

It is the policy of Fish & Richardson P.C. to support Internet Service access and E-Mail access policies of its suppliers of Internet and E-Mail connectivity and the Firm will enforce those policies to the best of its ability. The Firm also supports those elements of Internet and E-Mail policies that demand network etiquette and due consideration for user's rights to privacy and freedom from exposure to offensive material.

The following policy statements apply to all workers (employees, contractors, temporaries, etc.) who use the Internet and/or E-Mail with the Firm's computing or network resources, as well as those who represent themselves as being connected with the Firm in any way.

I.   **Internet/E-Mail Policy**

1. Any user approved for Internet or E-Mail access may connect to, view and print any Web page with a Firm-related business purpose.

2. The Firm's Internet or E-Mail services may not be used for any purposes which violate U.S. or state laws and regulations. Access which is not expressly allowed is considered to be denied.

3. Users should clearly understand that they represent the Firm, not themselves, on the Internet or in E-Mail when posting from or corresponding through the Firm's resources. The same personnel policies that now guide actions with the media (i.e., television, radio, magazines and newspapers) should be followed when posting information to the Internet or corresponding through the Firm's E-Mail system). All communication should be regarded as "on the record" and attributable to the employee who posts, creates or forwards the information.

   When exchanging communications that could be mistaken for the Firm's opinions, make sure to include a disclaimer such as: *"The opinions expressed herein are my own and do not necessarily represent those of Fish & Richardson P.C."*

4. Users are reminded that Internet access or E-mail correspondence should never create either the appearance or the reality of inappropriateness. An employee's right to private expression on the widely available realms of the Internet or E-Mail begin and end in the home (using personal hardware, software and communication links), and do not inherently extend to the workplace. Prohibited use of Firm computing resources include, but are not limited to, the following activities:

   a) distribution of threatening, obscene and/or inappropriate written or graphic material;
   b) interference with or disruption of network users, services or equipment;
   c) unauthorized entry to other computational, information or communication devices or resources;
   d) propagation of computer worms or viruses;

FR 00001

CONFIDENTIAL
INFORMATION SUBJECT
TO PROTECTIVE ORDER

    e) blanket forwarding of messages to parties outside of the Firm, unless prior permission has been obtained from management;
    f) gambling and/or sports pools; links to casino, gambling or other inappropriate sites;
    g) solicitations for events conducted by businesses or clubs that are personally owned by F&R employees;
    h) advertising and direct sales; and
    i) downloading music or movies for personal use.

5. The Firm encourages exploration of the Internet and E-Mail usage, but if it is for personal purposes, it should be done on personal, not company time. Use of computing resources for these personal purposes is permissible so long as it does not:

    a) consume more than a trivial amount of personal and system resources;
    b) interfere with worker productivity; or
    c) pre-empt any business activity.

6. Employees are reminded that the Internet and E-Mail systems are unsecured communication mediums and data is not encrypted by default. Likewise, contacts made over the Internet or via E-Mail should not be trusted with information unless a due diligence process has first been performed.

7. Information should not be sent using the Internet or E-Mail system under the following conditions:

    a) If its misuse or disclosure would either violate an individual's or client's right to privacy or expose the Firm to financial loss; and
    b) If its misuse of unauthorized disclosure could expose the Firm to significant damage, embarrassment or penalties.

8. Do not copy, or forward to others, Internet or E-Mail correspondence to or from an attorney, in whole or in part, without the consent of the attorney. Failure to follow this rule could result in the loss of protection of attorney-client privilege.

9. Credit card numbers, telephone calling card numbers, system passwords and other information that can be utilized to gain access to Firm services should not be transmitted using the Internet or E-Mail.

10. Discussion groups may be accessed if such access is for business purposes. Be aware of the potential audience in any discussion group and address them accordingly.

11. The firm's internal e-mail "everyone" mailing lists for offices or other large portions of the firm are intended only for business-related broadcast messages that all members of the list need to see. Responses to broadcast messages should be directed back to the sender or other specific party empowered to act on an issue, and not re-broadcast to all members of the list.

FR 00002

CONFIDENTIAL
INFORMATION SUBJECT
TO PROTECTIVE ORDER

12. The firm's internal e-mail systems allow user customization for appearance for items such as font choice & color, background color, background patterns and other features. These features generally do not pass over the internet. Consequently, external recipients will receive plain text versions of your mail. In addition, user customizations that make printed and/or photocopied e-mail messages difficult to read should be avoided (e.g., a background color setting other than white).

II. **File Transfer**

1. Some Internet sites offer files for download through their Web page. Although you may be presented with opportunities to download files, the Firm **strongly** recommends that you avoid doing so. Downloading files risks consuming an excessive amount of system resources.

2. If downloading a file appears unavoidable, use discretion in judging the business use of the file and to respect copyright and licensing restrictions.

3. All files downloaded via the Internet **must** be scanned with virus detection software **prior** to being loaded on the network. This can be accomplished by one of the following methods:

    a) If available, download the file(s) to a stand-alone non-production machine and perform the virus scan.
    b) Download the file to a workstation hard drive directly created for this type of testing and perform the virus scan.

    If you have questions as to the risks involved in downloading a particular file, contact your local Lan Administrator or the Director of Technical Services.

4. Files and e-mails no longer needed for business purposes should be periodically purged by users from their personal directory.

III. **Monitoring Access**

Fish & Richardson P.C. reserves the right, at its discretion, to view, capture and use Internet and/or E-Mail correspondence, personal file directories and other information stored on its computers as it deems necessary for business-related purposes including, but not limited to, operational, maintenance, auditing, security and investigative activities and to comply with subpoenas and orders of courts and administrative agencies.

IV. **Revoking Access**

Use of the Internet by the Firm's employees and hired staff is a privilege, not a right, and may be revoked at any time for inappropriate conduct. All users of the Internet are responsible for complying with the policies, guidelines and standards of conduct contained in this document. Violations may result in a revocation of Internet access privileges and any other applicable penalties.

FR 00003

CONFIDENTIAL
INFORMATION SUBJEC"
TO PROTECTIVE ORDEF

**Effective date: 11/18/99**
**Revision date:  02/04/04**

FR 00004

CONFIDENTIAL
INFORMATION SUBJECT
TO PROTECTIVE ORDER