IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    *Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>GOOGLE, INC.,<br>    *Defendant,*<br><br>and<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and Third-Party Plaintiff,*<br><br>v.<br><br>SCOTT C. HARRIS,<br>    *Third-Party Defendant and Counterclaimant,*<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

TO:    Raymond P. Niro                                          Steven L. Platt
          Paul K. Vickrey                                         Arnold and Kadjan
          Richard B. Megley, Jr.                       19 West Jackson Blvd., Suite 300
          Karen L. Blouin                                         Chicago, IL 60604
          David J. Sheikh                                        (312) 236-0415
          NIRO, SCAVONE, HALLER & NIRO
          181 W. Madison, Suite 4600
          Chicago, Illinois 60602

Please take notice that on Thursday, December 13, 2007, at 8:45 a.m., we shall appear

before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON

P.C.'S MOTION TO COMPEL DISCOVERY AND COMPLIANCE WITH THE COURT'S ORDER, a copy of which is hereby served upon you.

Dated: December 11, 2007                                    Respectfully submitted,

                                                        FISH & RICHARDSON P.C.

                                                        By:     s/ David J. Bradford
                                                                 dbradford@jenner.com
                                                                 One of Its Attorneys

David J. Bradford, Esq.
Terrence J. Truax, Esq.
Eric A. Sacks, Esq.
Daniel J. Weiss, Esq.
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

## **CERTIFICATE OF SERVICE**

I, David J. Bradford, an attorney, hereby certify that on December 11, 2007, copies of (1) Fish & Richardson P.C.'s foregoing Notice Of Motion, (2) Fish & Richardson P.C.'S Motion To Compel Discovery And Compliance With The Court's Order, (3) Fish & Richardson P.C.'s accompanying Memorandum In Support Of Its Motion To Compel Discovery And Compliance With The Court's Order, and (4) Statement Of Efforts To Reach An Accord were filed in redacted form, pursuant to the parties' protective order, with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the below counsel at their e-mail address on file with the Court. Unredacted copies of the above-listed materials were served on the below counsel and their respective addresses via messenger delivery by 5:00 p.m. on December 11, 2007.

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602
*Counsel for Illinois Computer Research, LLC and Mr. Scott C. Harris*

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, Illinois 60604
(312) 236-0415
*Counsel for Mr. Scott C. Harris*

This the 11th day of December, 2007.

s/David J. Bradford
dbradford@jenner.com

JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484