Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 5081 | DATE | 12/7/2007 |
| CASE TITLE | Illinois Computer Research, LLC vs. Fish & Richardson P.C.. | | |

**DOCKET ENTRY TEXT**

Agreed motion to enter stipulated protective order [59] granted. Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson P.C..                                    Page 1 of 1

dockets.Justia.com