# EXHIBIT A

**Nicks, Kimberly A**

---

**From:** Vickrey, Paul K
**Sent:** Tuesday, December 11, 2007 10:59 AM
**To:** 'Sacks, Eric A'; 'dbradford@jenner.com'; 'ttruax@jenner.com'
**Subject:** Harris

Dear Eric,

I am in depositions in San Jose and San Francisco. I will address your various emails when I return to the office on Thursday.   Thanks.

Very truly yours,

Paul K. Vickrey