Order Form (01/2005)   Case 1:07-cv-05081   Document 67   Filed 12/13/2007   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 12/13/2007 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson P.C. | | |

**DOCKET ENTRY TEXT**

Fish & Richardson P.C.'s motion to compel discovery and compliance with the court's order [61] entered and continued for briefing. Response due 12/18/2007; reply 1/20/2008; ruling set for 1/22/2008 at 9:00.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Dockets.Justia.com