# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>*Plaintiff and Counterclaim Defendant,* )<br>)<br>v. )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant and* )<br>*Third-Party Plaintiff,* )<br>)<br>v. )<br>)<br>**SCOTT C. HARRIS**, )<br>*Third-Party Defendant and Counterclaimant,* )<br>)<br>v. )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant,* )<br>*Third-Party Plaintiff and Counterclaim* )<br>*Defendant.* ) | No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## FISH & RICHARDSON P.C.'S
## LOCAL RULE 3.2 NOTICE AS TO AFFILIATES - DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Fish & Richardson P.C. submits the following statement:

Fish & Richardson P.C. has no parent corporation and no publicly held company owns 10% or more of Fish & Richardson P.C.'s stock.

**FISH & RICHARDSON P.C.**

Date: December 18, 2007     By: s/Eric A. Sacks
　　　　　　　　　　　　　　　　　David J. Bradford
　　　　　　　　　　　　　　　　　Terrence J. Truax
　　　　　　　　　　　　　　　　　Eric A. Sacks
　　　　　　　　　　　　　　　　　Daniel J. Weiss
　　　　　　　　　　　　　　　　　JENNER & Block LLP
　　　　　　　　　　　　　　　　　One IBM Plaza
　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　Telephone: (312) 222-9350
　　　　　　　　　　　　　　　　　Fax: (312) 527-0484

## **CERTIFICATE OF SERVICE**

I, Eric A. Sacks, an attorney, caused the foregoing FISH & RICHARDSON P.C.'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES - DISCLOSURE STATEMENT to be filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their e-mail address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

*Counsel for Illinois Computer Research, LLC
and Mr. Scott C. Harris*

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

*Counsel for Mr. Scott C. Harris*

This the 18th day of December, 2007.

                                                                           s/Eric A. Sacks
                                                                           esacks@jenner.com
                                                                           JENNER & BLOCK LLP
                                                                           330 North Wabash Avenue
                                                                           Chicago, Illinois  60611
                                                                           Telephone No:  312 222-9350
                                                                           Facsimile No:  312 527-0484

2