# Exhibit H

# Filed Under Seal

Dockets.Justia.com