IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ILLINOIS COMPUTER RESEARCH, LLC.,    )
                                     )
Plaintiff and Counterclaim  Defendant )
                                     )
            v.                       )
                                     )  Case No.  07 C 5081
FISH & RICHARDSON P.C., et al.,      )
                                     )  Judge Rebecca R. Pallmeyer
Defendant, Counterclaimant and       )  Mag. Judge Maria Valdez
Third-Party Plaintiff, et al.        )
                                     )

## SCOTT HARRIS' MOTION FOR CLARIFICATION

On December 12, 2007, Mr. Harris and ICR filed their Preliminary Response to the Motion to Compel Discovery requesting "that they be given until December 28, 2007 to substantively respond to the motion and to file their own cross motion directed to the documents which Fish has improperly withheld". (Exhibit A at 2). During the December 13 hearing, the Court orally granted that relief. Today Mr. Harris filed his Response and Cross Motion to Compel Discovery. The Court's December 13, 2007 Minute Order (Exhibit B) conceivably gives Fish 33 days to respond to Mr. Harris' Cross Motion to Compel, but virtually no time for Mr. Harris to file a reply prior to the hearing on January 22, 2007.

Mr. Harris respectfully requests clarification and/or additional time for a reply brief in support of his Cross Motion to Compel Discovery.

Respectfully submitted,


/s/  Paul K. Vickrey
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax:  (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **SCOTT HARRIS' MOTION FOR CLARIFICATION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

David J. Bradford
Eric A. Sacks
Daniel J. Weiss
Terrence J. Truax
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
(312) 222-9350

**Counsel for Fish & Richardson, P.C.**

on December 18, 2007.

/s/ Paul K. Vickrey