Illinois Computer Research, LLC v. Google Inc. Doc. 77



# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer RRP | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 07 C 5081 | **DATE** | 12/20/2007 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson, P.C., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Scott Harris's motion for clarification [71] granted by agreement, and Scott Harris' motion for a protective order regarding privileged e-mail [72] entered and continued to 12/21/2007 at 9:00. Apart from those messages already seen by Defendants, the court directs that, pending tomorrow's hearing, there be no further review of Scott Harris's e-mail.

Docketing to mail notices.

00:13

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | ETV |



Dockets.Justia.com