Illinois Computer Research, LLC v. Google Inc. Doc. 79



**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**ILLINOIS COMPUTER RESEARCH, LLC,**
*Plaintiff and Counterclaim Defendant,*

*v.*

**FISH & RICHARDSON P.C.,**
*Defendant, Counterclaimant and Third-Party Plaintiff,*

*v.*

**SCOTT C. HARRIS,**
*Third-Party Defendant and Counterclaimant,*

*v.*

**FISH & RICHARDSON P.C.,**
*Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.*

No. 07 C 5081

Honorable Rebecca R. Pallmeyer

Magistrate Judge Maria Valdez

**NOTICE OF FILING**

TO: Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602

Steven L. Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

PLEASE TAKE NOTICE that on December 20, 2007, we filed with the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF system the attached FISH & RICHARDSON'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL AND MEMORANDUM OF LAW IN OPPOSITION TO HARRIS'S CROSS-MOTION TO

Dockets.Justia.com

COMPEL, which is herewith attached and served upon you.

Dated: December 20, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By: s/ David J. Bradford
One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484

**CERTIFICATE OF SERVICE**

I, David J. Bradford, an attorney, hereby certify that on December 20, 2007, copies of (1) foregoing Notice Of Filing and (2) Reply In Support Of Its Motion To Compel And Memorandum Of Law In Opposition To Harris's Cross-Motion To Compel were filed in redacted form, pursuant to the parties' protective order, with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the below counsel at their e-mail address on file with the Court. Unredacted copies of the above-listed materials were served on the below counsel at their respective addresses via hand delivery by 5:00 p.m. on December 20, 2007.

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602
rniro@nshn.com
vickrey@nshn.com
*Counsel for Illinois Computer Research, LLC and Mr. Scott C. Harris*

Steven L, Platt
ARNOLD & KADJAN
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415
lsplatt@arnoldandkadjan.com
*Counsel for Mr. Scott C. Harris*

This the 20th day of December, 2007,

s/ David J. Bradford
dbradford@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484