IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ILLINOIS COMPUTER RESEARCH, LLC.,

Plaintiff and Counterclaim Defendant,

v.

FISH & RICHARDSON P.C.,

Defendant, Counterclaimant and Third-Party Plaintiff,

v.

SCOTT C. HARRIS,

Third-Party Defendant and Counterclaimant,

FISH & RICHARDSON P.C.,

Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.

Case No. 07 C 5081

Judge Rebecca R. Pallmeyer
Mag. Judge Maria Valdez

**MOTION FOR LEAVE TO FILE OVERSIZED BRIEF AND**
**FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL *INSTANTER***

Illinois Computer Research, LLC ("ICR") and Scott Harris ("Harris") respectfully seek the Court's permission to file the attached brief in excess of 15 pages in opposition to Fish & Richardson P.C.'s Motions for Judgment on the Pleadings.

Fish & Richardson ("Fish") filed two separate briefs. The first brief being addressed to ICR totaled 12 pages; the second brief addressed to Harris totaled 13 pages. We are responding to the two briefs filed by Fish in one 20-page document for the convenience of the court and to address all the issues in one combined brief.

Dockets.Justia.com

The parties to this proceeding are subject to a Stipulated Protective Order which was entered on December 7, 2007 (Document 64) and provides, among other things, that if a party wishes to use any confidential information in Court papers, such information shall be maintained under seal by the Clerk of the Court.

In addition, Exhibits D and E are confidential settlement agreements that have been marked “Confidential – Attorneys Eyes Only” and “Outside Counsel-Attorneys Eyes Only” respectively. For the reasons stated, it is respectfully requested that ICR and Harris’ motions for leave to file a brief in excess of 15 pages and exhibits under seal be granted.

Respectfully submitted,

/s/ Paul K. Vickrey

Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC and Scott C. Harris

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR LEAVE TO FILE OVERSIZED BRIEF AND OR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL *INSTANTER*** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

David J. Bradford
Eric A. Sacks
Daniel J. Weiss
Terrence J. Truax
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350
**Counsel for Fish & Richardson, P.C.**

on January 3, 2008.

/s/ Paul K. Vickrey