IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ILLINOIS COMPUTER RESEARCH, LLC.,
*Plaintiff and Counterclaim Defendant*,

v.

GOOGLE, INC.
*Defendant, and*

FISH & RICHARDSON P.C.,
*Defendant, Counterclaimant and Third-Party Plaintiff*,

v.

SCOTT C. HARRIS,
*Third-Party Defendant and Counterclaimant*,

v.

FISH & RICHARDSON P.C.,
Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.

Case No. 07 C 5081

Judge Rebecca R. Pallmeyer

Mag. Judge Maria Valdez

## NOTICE OF MOTION

TO: See attached Certificate of Service

PLEASE TAKE NOTICE that on **Monday, January 14, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **SCOTT HARRIS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HIS MOTION FOR PROTECTIVE ORDER,** a copy of which is hereby attached.

Respectfully submitted,

Dockets.Justia.com

/s/ Paul K. Vickrey
Raymond P. Niro
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system. In addition, the undersigned is serving the following attorney by electronic mail:

David J. Bradford
Eric A. Sacks
Daniel J. Weiss
Terrence J. Truax
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

**Counsel for Fish & Richardson, P.C.**

on January 9, 2008.

/s/ Paul K. Vickrey