**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**,<br>*Plaintiff and Counterclaim Defendant,*<br><br>*v.*<br><br>**FISH & RICHARDSON P.C.**,<br>*Defendant, Counterclaimant and Third-Party Plaintiff,*<br><br>*v.*<br><br>**SCOTT C. HARRIS**,<br>*Third-Party Defendant and Counterclaimant,*<br><br>*v.*<br><br>**FISH & RICHARDSON P.C.**,<br>*Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

**AGREED MOTION REGARDING BRIEFING SCHEDULE**

Fish & Richardson P.C. ("Fish & Richardson"), by its attorneys, and with the agreement of all other parties, respectfully requests that the Court enter an order providing that Fish & Richardson may have until January 22, 2008 to file its reply briefs on its pending motions for judgment on the pleadings. In support of this agreed motion, Fish & Richardson further states as follows:

1. On November 21, 2007, Fish & Richardson filed two Rule 12(c) motions for judgment on the pleadings: one against Illinois Computer Research, LLC ("ICR") and one against Scott Harris ("Harris").

Dockets.Justia.com

2. In an order dated November 28, 2007, the Court entered the following briefing schedule on the 12(c) motions: ICR's and Harris's response briefs were due on December 28, 2007, and Fish & Richardson's reply briefs were due on January 16, 2008.

3. At a hearing on December 21, 2007, ICR and Harris orally requested an extension of time to file their response briefs. The Court granted the oral request and issued an order extending ICR's and Harris's response date by six days, to January 3, 2008. The order, however, did not provide a commensurate extension of time for Fish & Richardson's reply briefs.

4. To conform the briefing schedule to the original period of time for reply briefs, Fish & Richardson requests that the Court enter an order providing the same six-day adjustment for Fish & Richardson's reply briefs, from January 16, 2008 to January 22, 2008.

5. Counsel for Fish & Richardson, Eric Sacks, conferred with counsel for ICR and Harris, Paul Vickrey, on January 9, 2008 about the relief requested by this motion. Mr. Vickrey authorized Fish & Richardson to file the motion as an agreed motion.

WHEREFORE, Fish & Richardson respectfully requests that the Court enter an order providing that Fish & Richardson may have until January 22, 2008 to file its reply regarding its motions for judgment on the pleadings.

Dated: January 9, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: s/ David J. Bradford
dbradford@jenner.com
One of Its Attorneys

David J. Bradford, Esq.
Terrence J. Truax, Esq.
Eric A. Sacks, Esq.
Daniel J. Weiss, Esq.
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

January 9, 2008.

s/David J. Bradford
DBradford@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484