Illinois Computer Research, LLC v. Google Inc. Doc. 90



**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, *Plaintiff and Counterclaim Defendant,* | |
| *v.* | |
| **FISH & RICHARDSON P.C.**, *Defendant, Counterclaimant and Third-Party Plaintiff,* | No. 07 C 5081 |
| *v.* | Judge Rebecca R. Pallmeyer |
| **SCOTT C. HARRIS**, *Third-Party Defendant and Counterclaimant,* | Magistrate Judge Maria Valdez |
| *v.* | |
| **FISH & RICHARDSON P.C.**, *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | |

**NOTICE OF MOTION**

TO: Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

L. Steven Platt
ARNOLD & KADJAN
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

PLEASE TAKE NOTICE that on Monday, January 14, 2008, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached AGREED MOTION REGARDING BRIEFING SCHEDULE, a copy of which is hereby served upon you.

Dockets.Justia.com

Dated: January 9, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: s/ David J. Bradford
dbradford@jenner.com
One of Its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484

## CERTIFICATE OF SERVICE

I, Daniel J. Weiss, an attorney, hereby certify that on January 9, 2008, Fish & Richardson P.C.'s (1) foregoing Notice Of Motion, and (2) Agreed Motion Regarding Briefing Schedule were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the below parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's CM/ECF system.

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
rniro@nshn.com
vickrey@nshn.com
*Counsel for Illinois Computer Research, LLC and Mr. Scott C. Harris*

L. Steven Platt
ARNOLD & KADJAN
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415
lsplatt@arnoldandkadjan.com
*Counsel for Mr. Scott C. Harris*

This the 9th day of January, 2008,

s/ Daniel J. Weiss
DWeiss@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone No: 312 222-9350
Facsimile No: 312 527-0484