Illinois Computer Research, LLC v. Google Inc. Doc. 103 Att. 1



Case 1:08-cv-00005 Document 15 Filed 02/21/2008 Page 1 of 15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

INNOVATIVE PATENTED TECHNOLOGY, LLC

Plaintiff,

v.

MOTOROLA, INC.

Defendant.

MOTOROLA, INC.

Counterclaim-Plaintiff,

v.

INNOVATIVE PATENTED TECHNOLOGY, LLC

Counterclaim-Defendant.

Civil File No. 08 C 00005
Honorable Judge Robert M. Dow, Jr.
Magistrate Judge Nan R. Nolan

**DEFENDANT'S ANSWER, COUNTERCLAIMS AND JURY DEMAND**

Defendant Motorola, Inc. ("Motorola"), by and through its undersigned counsel, answers the Complaint for Patent Infringement of Innovative Patented Technology, LLC, who purports to bring this action under the federal patent law, as follows:

Dockets.Justia.com

35, and/or the Rules and Regulations of the U.S. Patent & Trademark Office stated in Title 37, C.F.R.

**SECOND ADDITIONAL DEFENSE**

(Non-infringement)

19. Motorola has not infringed any valid claim of the asserted patents.

20. Motorola has not induced or contributed to the infringement by another of any valid claim of the asserted patents.

**THIRD ADDITIONAL DEFENSE**

(Marking)

21. On information and belief, the Complaint and/or demand for relief is barred, in whole or in part, by 35 U.S.C. § 287.

**FOURTH ADDITIONAL DEFENSE**

(Standing)

22. Mr. Scott C. Harris ("Harris") is the sole inventor listed on each of the asserted patents.

23. On information and belief, Harris was employed from 1994 until September 14, 2007 by Fish & Richardson P.C. ("Fish"). Harris's employment with Fish was subject to an employment contract ("Contract") that he entered into with Fish. (A copy of the Contract is attached hereto as Exhibit A). Harris filed, prosecuted and had issued numerous

patents and patent applications (the "Harris portfolio") while employed by Fish, the Harris portfolio including each and every one of the asserted patents.

24. On information and belief, in a litigation captioned *Illinois Computer Research, LLC v. Google Inc.*, Case No. 07 C 5081 (N.D. Ill.) (the "ICR Case"), Fish alleged that, while a Fish employee, Harris filed and prosecuted the Harris portfolio using Fish resources. On information and belief, Fish also alleged in the ICR Case that, while a Fish employee, Harris used his own legal services to prosecute the Harris portfolio.

25. On information and belief, Harris's prosecution, assignment and/or licensing of the asserted patents violated terms of the Contract that Harris entered into with Fish and/or breached Harris's fiduciary duties to Fish clients and/or to Fish. On information and belief, under the terms of the Contract and/or as a result of Harris's actions while employed by Fish, Fish is an owner or co-owner of the asserted patents.

26. On information and belief, Fish has not consented to this lawsuit against Motorola.

27. On information and belief, IPT lacks standing to enforce the asserted patents.

## OTHER ADDITIONAL DEFENSES

28. Motorola's responses in Paragraphs 1-27 are based on information currently in Motorola's possession. Motorola reserves the right to amend this Answer as Motorola learns more regarding IPT's claims. Any allegation of the Complaint that Motorola has not expressly admitted in the preceding responses of Paragraphs 1-16 is denied. Further, because Motorola's investigation is ongoing, and discovery has not yet been taken, Motorola is without sufficient information regarding the existence or non-existence of other facts, acts, and/or evidence that