# EXHIBIT J

# REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER