## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** *Plaintiff and Counterclaim Defendant,* | |
| *v.* | No. 07 C 5081 |
| **FISH & RICHARDSON P.C.,** *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* | Judge Rebecca R. Pallmeyer  Magistrate Judge Maria Valdez |
| *v.* | |
| **SCOTT C. HARRIS,** *Third-Party Defendant and Counterclaimant.* | |

### NOTICE OF MOTION

TO:  Raymond P. Niro                         L. Steven Platt
     Paul K. Vickrey                         ARNOLD & KADJAN
     Richard B. Megley, Jr.                  19 West Jackson Blvd., Suite 300
     Karen L. Blouin                         Chicago, IL 60604
     David J. Sheikh                         (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois 60602
     (312) 236-0733

PLEASE TAKE NOTICE that on March 4, 2008, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS, a copy of which is hereby served upon you.

2

February 29, 2008                              Respectfully submitted,

               FISH & RICHARDSON P.C.

               By:  s/ David J. Bradford
                   One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


February 29, 2008.

                                                                    s/David J. Bradford

                                                                    JENNER & BLOCK LLP
                                                                    330 North Wabash Avenue
                                                                    Chicago, Illinois  60611
                                                                    Telephone No:  312 222-9350
                                                                    Facsimile No:  312 527-0484