IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br>    *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br>    *Defendant, Counterclaimant and* <br>    *Third-Party Plaintiff*, <br><br> v. <br><br> SCOTT C. HARRIS, <br>    *Third-Party Defendant and Counterclaimant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br>    Defendant, Counterclaimant, Third-Party <br>    Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer <br><br> Mag. Judge Maria Valdez |

### SCOTT HARRIS'S AND ICR'S RESPOSNE TO FISH & RICHARDSON'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

For the third time, Fish has violated local rules, contriving a controversy where none exists. Fish filed this motion at 5:04 on Friday, February 29, 2008, thus, violating Local Rule 5.3(1). Moreover, there was no meet and confer, in violation Local Rule 37.2. On February 29, 2008, counsel for Scott Harris answered all pending discovery questions and advised Fish that he would be out of town until the night of March 3, and would be available to meet in person to discuss any perceived discovery shortcomings on Tuesday morning, March 4, 2008. (See Exhibit A).

For these reasons, the Court should either deny the motion outright, or allow Scott Harris and ICR seven days to respond in writing.

<u>/s/ Paul K. Vickrey</u>
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC and Scott C. Harris

## CERTIFICATION OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing **SCOTT HARRIS'S AND ICR'S RESPONSE TO FISH & RICHARDSON'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

        David J. Bradford
        Eric A. Sacks
        Daniel J. Weiss
        Terrence J. Truax
        Jenner & Block LLP
        330 N. Wabash Avenue
        Chicago, IL  60611
        (312) 222-9350

        **Counsel for Fish & Richardson, P.C.**

on March 2, 2008.

        /s/ Paul K. Vickrey