# NIRO, SCAVONE, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>JOHN C. JANKA<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS<br>SALLY WIGGINS<br>RICHARD B. MEGLEY, JR.<br>MATTHEW G. McANDREWS | 181 WEST MADISON STREET - SUITE 4600<br><br>CHICAGO, ILLINOIS 60602-4635<br><br>TELEPHONE (312) 236-0733<br><br>FACSIMILE (312) 236-3137 | PAUL C. GIBBONS<br>BRADY J. FULTON<br>GREGORY P. CASIMER<br>DOUGLAS M. HALL<br>DINA M. HAYES<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>ERIC J. MERSMANN<br>NICHOLAS M. DUDZIAK<br>KAREN L. BLOUIN<br>LAURA A. KENNEALLY<br>TAHITI ARSULOWICZ<br><br>OF COUNSEL:<br>THOMAS G. SCAVONE |

February 22, 2008

**Via Email Transmission**

Eric A. Sacks
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

    Re:    Harris v. Fish & Richardson

Dear Eric:

    Attached please find the revised log per your request. Responding to your letter, I have repeatedly asked you folks to tone down the rhetoric and stop arguing your case in letters to me. You have refused to do so. That is not helpful; obviously, you are creating self-serving exhibits for future filing with the Court.

    There are no additional documents relating to units in MCE.

    Your letter is ambiguous as to the documents withheld by Fish. Has Fish withheld from production to Scott Harris any documents reflecting the legal advice which – according to David Bradford's December 7 letter – was shared with Mr. Harris? If so, please identify them.

    On discovery, please give me dates for the depositions which we have noticed. We can also schedule the deposition of Mr. Harris, and you can ask him (rather than me) questions about the documents produced. Also, advise me as to whether your firm will accept subpoenas for Google, Amazon, Charles Heiken and Richard Frenkel.

      Finally, if you think that there is still something to discuss, let's talk after the hearing on Tuesday, as I will be out of town until Monday night.

                                                     Very truly yours,

                                                     Paul K. Vickrey

PKV/kan