# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, ) <br> *Plaintiff and Counterclaim Defendant,* ) <br> ) <br> *v.* ) <br> ) <br> **FISH & RICHARDSON P.C.**, ) <br> *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* ) <br> ) <br> *v.* ) <br> ) <br> **SCOTT C. HARRIS**, ) <br> *Third-Party Defendant and Counterclaimant.* ) | No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

## FISH & RICHARDSON'S REPLY IN SUPPORT OF ITS RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Fish & Richardson submits this reply in support of its Renewed Motion to Compel Production of Documents.

Fish & Richardson has complied with both the letter and spirit of Local Rule 37.2. Contrary to the assertion in Mr. Harris's and ICR's Response to Fish & Richardson's Motion to Compel (Dkt. Entry 109), and as outlined in detail in Fish & Richardson's Local Rule 37.2 Statement (Dkt. Entry 107), Fish & Richardson made multiple requests prior to filing the Motion to Compel to counsel for Mr. Harris and ICR, and coupled those requests with at least four invitations to meet and confer. Those requests were rejected and the invitations to meet and confer repeatedly ignored. The parties are clearly at an impasse on the issues outlined in Fish & Richardson's Motion to Compel.

For example, in response to Fish & Richardson's request for production of documents regarding the Retention and Fee Agreements (the subject of Fish & Richardson's initial motion

to compel and now renewed motion to compel), counsel for ICR and Harris flatly stated that "actual fee agreements will not be produced" and Fish & Richardson's request to meet and confer was ignored. (Ex. F to Renewed Motion, Dkt. Entry 106.)

Fish & Richardson's takes very seriously its obligations to meet and confer, and appreciates the value of parties conferring to limit as much as possible discovery disputes requiring judicial intervention. Fish & Richardson has conducted itself in this litigation consistent with that understanding, including with the filing of this motion. Mr. Harris's and ICR's effort to exploit that willingness to meet and confer by ignoring repeatedly Fish & Richardson's requests to meet and confer should be disregarded.

Fish & Richardson respectfully requests that the Court grant Fish & Richardson's Renewed Motion.

Dated: March 3, 2008                    Respectfully submitted,

                                        FISH & RICHARDSON P.C.

                                        By:    s/ David J. Bradford
                                               One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


March 3, 2008.

                                                                  s/David J. Bradford

                                                                  JENNER & BLOCK LLP
                                                                  330 North Wabash Avenue
                                                                  Chicago, Illinois  60611
                                                                  Telephone No:  312 222-9350
                                                                  Facsimile No:  312 527-0484