# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** ) | |
| *Plaintiff and Counterclaim Defendant,* ) | |
| ) | |
| *v.* ) | No. 07 C 5081 |
| ) | |
| **FISH & RICHARDSON P.C.**, ) | Judge Rebecca R. Pallmeyer |
| *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* ) | Magistrate Judge Maria Valdez |
| ) | |
| *v.* ) | |
| ) | |
| **SCOTT C. HARRIS**, ) | |
| *Third-Party Defendant and Counterclaimant.* ) | |

## NOTICE OF FILING

TO:  Raymond P. Niro                          L. Steven Platt
     Paul K. Vickrey                          ARNOLD & KADJAN
     Richard B. Megley, Jr.                   19 West Jackson Blvd., Suite 300
     Karen L. Blouin                          Chicago, IL 60604
     David J. Sheikh                          (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois  60602
     (312) 236-0733

PLEASE TAKE NOTICE that on March 3, 2008, we filed with the United States District Court for the Northern District of Illinois, Western Division's CM/ECF system the attached FISH & RICHARDSON'S REPLY IN SUPPORT OF ITS RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS, a copy of which is hereby served upon you.

2

March 3, 2008                              Respectfully submitted,

                                           FISH & RICHARDSON P.C.

                                           By:    s/ David J. Bradford
                                                  One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


March 3, 2008.

                                                  s/David J. Bradford

                                                  JENNER & BLOCK LLP
                                                  330 North Wabash Avenue
                                                  Chicago, Illinois  60611
                                                  Telephone No:  312 222-9350
                                                  Facsimile No:  312 527-0484