# EXHIBIT A

Dockets.Justia.com

# REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER