# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>*Plaintiff and Counterclaim Defendant,* )<br> )<br>*v.* )<br> )<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* )<br> )<br>*v.* )<br> )<br>**SCOTT C. HARRIS**, )<br>*Third-Party Defendant and Counterclaimant.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF FILING

TO:  Raymond P. Niro                           L. Steven Platt
     Paul K. Vickrey                           ARNOLD & KADJAN
     Richard B. Megley, Jr.                    19 West Jackson Blvd., Suite 300
     Karen L. Blouin                           Chicago, IL 60604
     David J. Sheikh                           (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois 60602
     (312) 236-0733

PLEASE TAKE NOTICE that on March 10, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT, a copy of which is hereby served upon you.

2

March 10, 2008                                        Respectfully submitted,

                                                            FISH & RICHARDSON P.C.

                                                            By:    s/ David J. Bradford
                                                                         One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


March 10, 2008.

                                                  s/David J. Bradford

                                                  JENNER & BLOCK LLP
                                                  330 North Wabash Avenue
                                                  Chicago, Illinois  60611
                                                  Telephone No:  312 222-9350
                                                  Facsimile No:  312 527-0484