IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR - 7 2008
3-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br> *Plaintiff and Counterclaim Defendant,* | ) ) ) ) ) | |
| v. | ) ) | |
| FISH & RICHARDSON P.C., <br> *Defendant, Counterclaimant and* <br> *Third-Party Plaintiff,* | ) ) ) ) ) | Case No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer |
| v. | ) ) | Mag. Judge Maria Valdez |
| SCOTT C. HARRIS, <br> *Third-Party Defendant and Counterclaimant,* | ) ) ) ) | |
| v. | ) ) | |
| FISH & RICHARDSON P.C., <br> Defendant, Counterclaimant, Third-Party <br> Plaintiff and Counterclaim Defendant. | ) ) ) ) ) | |

## SCOTT HARRIS'S AND ICR'S RESPONSE IN OPPOSITION TO FISH & RICHARDSON'S RENEWED MOTION TO COMPEL

Following is Scott Harris's and ICR's Response concerning outstanding issues relating to Fish's Motion to Compel.

### 1.   The Retention Agreements

Scott Harris and ICR have produced the redacted retention agreements.

### 2.   The Privilege Log

In their response to Fish's motion to compel (Dkt. 69, p. 7). Scott Harris and ICR pledged to log every document "created or received by Scott Harris" relating to the clients to be identified by Fish. They have fulfilled that pledge. Fish counters that the log is incomplete because it does not include an e-mail which Fish improperly accessed.

However, Scott Harris has filed a motion for protective order seeking the *return* of that very document and other privileged communications which Fish improperly accessed.

As for Fish's complaint of lack of detail, Fish filed its motion just hours after receipt of the log, without any attempt to confer about (much less identify) any purported deficiencies. Nonetheless, ICR and Mr. Harris sent Fish a revised log on March 7, 2008 which addresses the information requested by Fish.

Respectfully submitted,

/s/ Paul K. Vickrey
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

2

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **SCOTT HARRIS'S AND ICR'S RESPONSE IN OPPOSITION TO FISH & RICHARDSON'S RENEWED MOTION TO COMPEL** was filed with the Clerk of Court and electronically mailed to the following:

***Via Email:***

> David J. Bradford
> Eric A. Sacks
> Daniel J. Weiss
> Terrence J. Truax
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL  60611
> (312) 222-9350
>
> **Counsel for Fish & Richardson, P.C.**

on March 7, 2008.

/s/ Paul K. Vickrey