# EXHIBIT A

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**