# EXHIBIT B

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**