## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** | )<br>)<br>) |
| *Plaintiff and Counterclaim Defendant,* | )<br>) |
| *v.* | ) No. 07 C 5081<br>) |
| **FISH & RICHARDSON P.C.**, | ) Judge Rebecca R. Pallmeyer |
| *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* | )<br>) Magistrate Judge Maria Valdez<br>)<br>) |
| *v.* | )<br>) |
| **SCOTT C. HARRIS**, | ) |
| *Third-Party Defendant and Counterclaimant.* | )<br>) |

## NOTICE OF FILING

TO:  Raymond P. Niro                          L. Steven Platt
     Paul K. Vickrey                          ARNOLD & KADJAN
     Richard B. Megley, Jr.                   19 West Jackson Blvd., Suite 300
     Karen L. Blouin                          Chicago, IL 60604
     David J. Sheikh                          (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois  60602
     (312) 236-0733

PLEASE TAKE NOTICE that on March 17, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S REPLY REGARDING ITS RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS, a copy of which is hereby served upon you.

| | |
|---|---|
| March 17, 2008 | Respectfully submitted, |
| | FISH & RICHARDSON P.C. |
| | By:   <u>s/ David J. Bradford</u><br>      One of its Attorneys |

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

       I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Karen L. Blouin
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415


March 17, 2008.

                                                    s/David J. Bradford

                                                    JENNER & BLOCK LLP
                                                    330 North Wabash Avenue
                                                    Chicago, Illinois 60611
                                                    Telephone No: 312 222-9350
                                                    Facsimile No: 312 527-0484