IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., *Plaintiff and Counterclaim Defendant*, | |
| v. | |
| FISH & RICHARDSON P.C., *Defendant, Counterclaimant and Third-Party Plaintiff*, | Case No. 07 C 5081 |
| v. | Honorable Rebecca R. Pallmeyer |
| SCOTT C. HARRIS, *Third-Party Defendant and Counterclaimant*, | Magistrate-Judge Maria Valdez |
| v. | |
| FISH & RICHARDSON P.C., *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.* | |

## NOTICE OF MOTION

TO:  See attached Certificate of Service

PLEASE TAKE NOTICE that on **Monday, March 24, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **Scott Harris's And ICR's Motion To Compel Depositions Of Fish Witnesses In Chicago, Illinois,** a copy of which is hereby attached.

Respectfully submitted,

/s/ Paul K. Vickrey
Raymond P. Niro
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system. In addition, the undersigned is serving the following attorney by electronic mail:

      David J. Bradford
      Eric A. Sacks
      Daniel J. Weiss
      Terrence J. Truax
      Jenner & Block LLP
      330 N. Wabash Avenue
      Chicago, IL  60611
      (312) 222-9350

      **Counsel for Fish & Richardson, P.C.**

on March 18, 2008.

      /s/  Paul K. Vickrey.