# EXHIBIT A

# JENNER&BLOCK

March 10, 2008
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel 312-222-9350
www.jenner.com

Chicago
New York
Washington, DC

**BY E-MAIL**

Paul K. Vickrey, Esq.
Niro Scavone Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602

Terrence J. Truax
Tel 312 923-2738
Fax 312 840-7738
ttruax@jenner.com

**Re:   ICR/Harris/Fish & Richardson**

Dear Paul:

We have your response to Fish & Richardson's motion to compel that you sent to Eric on Friday.

We continue to have several issues with ICR's and Harris's positions, including the adequacy of the privilege log. Before filing the motion to compel, we attempted several times unsuccessfully to confer with you on these issues. You've now indicated in Court and in your response that you are and have been ready to meet and confer about the issues we have raised.

Can we arrange for a time on Tuesday afternoon or Wednesday, March 11 or 12, to discuss these issues? Let me know what time will work for you.

Thanks.

Very truly yours,

Terrence J. Truax

TJT:dro
cc:    Raymond P. Niro, Jr. (via e-mail)
       David J. Bradford
       Eric A. Sacks