Illinois Computer Research, LLC v. Google Inc.	Doc. 122 Att. 2

# EXHIBIT B

Dockets.Justia.com

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET - SUITE 4600
CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733
FACSIMILE (312) 236-3137

PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
LAURA A. KENNEALLY
TAHITI ARSULOWICZ

OF COUNSEL:
THOMAS G. SCAVONE

March 11, 2008

**Via Electronic Mail**

Terrence J. Truax, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611-7603

Re: ICR v. Fish & Richardson

Dear Terry:

We have received both of your letters of March 10, 2008; one in reference to a response to Fish & Richardson's motion to compel, the other responding to Mr. Vickrey's letter of March 7, 2008. Mr. Vickrey is unable to respond to your correspondence since he is out of the office this week on trial in another matter. He will address your questions and concerns when he is back in the office next week.

Very truly yours,

Karen L. Blouin

KLB:sb