# EXHIBIT C

| | |
|---|---|
| From: | Truax, Terrence J |
| Sent: | Wednesday, March 12, 2008 7:32 PM |
| To: | 'vickrey@nshn.com' |
| Cc: | Blouin, Karen; 'rniro@nshn.com'; Bradford, David J; Sacks, Eric A |
| Subject: | |
| Attachments: | RE001.pdf |

Paul:

I understand from correspondence that I received from Karen yesterday that you are out of the office this week. We look forward to the earliest possible opportunity to confer with you about the issues in Fish & Richardson's motion to compel. Please let me know when you are available.

Separately, I sent to you yesterday a set of possible dates for some of the witnesses you have noticed. To confirm schedules, I would appreciate if you would get back to me as soon as possible as to whether the proposed dates will work. Additionally, as I have mentioned in my communications to you, our willingness to move forward with the depositions of the Fish & Richardson attorneys is conditioned on you reciprocating and providing dates for Mr. Parker and appropriate representatives for the MCE and ICR witnesses on the dates noticed in the subpoena and notice we have served.

Finally, as I noted in my previous letters, we have concluded that it is necessary to serve a subpoena duces tecum upon the Niro firm for relevant materials. We attempted to deliver a copy of the notice and subpoena yesterday afternoon and again today, and no one at your firm would agree to accept the envelope. This afternoon, I raised the issue with Karen, who was in our offices today with your partner Dina Hayes in an unrelated matter, and as result of that discussion, I agreed to send you this communication with a copy of the subpoena duces tecum.

I presume that you will accept this communication as appropriate service of the document subpoena. If that is not correct, please let me know promptly, and we will take other steps to effect formal service, which we would prefer as a professional matter not to have to do.

I look forward to hearing from you. Thanks.

Terry Truax

**Terrence J. Truax**
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-2738
Fax (312) 840-7738
TTruax@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.