## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** ) | |
| *Plaintiff and Counterclaim Defendant,* ) | |
| ) | |
| *v.* ) | No. 07 C 5081 |
| ) | |
| **FISH & RICHARDSON P.C.**, ) | Judge Rebecca R. Pallmeyer |
| *Defendant, Counterclaimant, Third-* ) | |
| *Party Plaintiff, and Counterclaim* ) | Magistrate Judge Maria Valdez |
| *Defendant,* ) | |
| ) | |
| *v.* ) | |
| ) | |
| **SCOTT C. HARRIS**, ) | |
| *Third-Party Defendant and* ) | |
| *Counterclaimant.* ) | |

## NOTICE OF FILING

TO:    Raymond P. Niro                             L. Steven Platt
        Paul K. Vickrey                             ARNOLD & KADJAN
        Richard B. Megley, Jr.             19 West Jackson Blvd., Suite 300
        Karen L. Blouin                            Chicago, IL 60604
        David J. Sheikh                            (312) 236-0415
        NIRO, SCAVONE, HALLER & NIRO
        181 W. Madison, Suite 4600
        Chicago, Illinois  60602
        (312) 236-0733

PLEASE TAKE NOTICE that on March 21, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S OPPOSITION TO MR. HARRIS'S AND ICR'S MOTION TO COMPEL DEPOSITIONS IN CHICAGO, ILLINOIS, a copy of which is hereby served upon you.

March 21, 2008                              Respectfully submitted,

                                            FISH & RICHARDSON P.C.

                                            By:    s/ David J. Bradford
                                                   One of its Attorneys


David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


March 21, 2008.

                                                s/David J. Bradford

                                                JENNER & BLOCK LLP
                                                330 North Wabash Avenue
                                                Chicago, Illinois 60611
                                                Telephone No: 312 222-9350
                                                Facsimile No: 312 527-0484