Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson P.C. | | |

**DOCKET ENTRY TEXT**

As Defendants' response makes clear that there has not been a conference pursuant to Rule 37, Scott Harris's and ICR's motion to compel depositions of Fish witnesses in Chicago, Illinois [120] is denied without prejudice.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson P.C.										Page 1 of 1

Dockets.Justia.com