# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>*Plaintiff and Counterclaim Defendant,* )<br> )<br>*v.* )<br> )<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant, Third-* )<br>*Party Plaintiff, and Counterclaim* )<br>*Defendant,* )<br> )<br>*v.* )<br> )<br>**SCOTT C. HARRIS**, )<br>*Third-Party Defendant and* )<br>*Counterclaimant.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## FISH & RICHARDSON P.C.'S MOTION
## FOR LEAVE TO FILE *INSTANTER* A SUPPLEMENTAL
## BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL

Fish & Richardson P.C., by its attorneys, respectfully submits this Motion For Leave To File *Instanter* a Supplemental Brief In Support Of Its Renewed Motion To Compel. As explained in the Supplemental Brief, attached to this motion as Exhibit A, a document recently produced by Mr. Harris further demonstrates that ICR and Mr. Harris should be required to produce <u>unredacted</u> versions of the Retention and Fee Agreements. Fish & Richardson respectfully suggests that limited supplemental briefing is necessary to notify the Court of this newly produced document, and to demonstrate how it provides additional support for Fish & Richardson's pending renewed motion to compel.

WHEREFORE, for the reasons set forth herein, Fish & Richardson respectfully requests that this Court permit the filing of the attached Supplemental Brief.

Dated:  March 27, 2008                                  Respectfully submitted,

                                                        FISH & RICHARDSON P.C.


                                                        By:    s/David J. Bradford
                                                               dbradford@jenner.com
                                                               One of Its Attorneys


David J. Bradford, Esq.
Terrence J. Truax, Esq.
Eric A. Sacks, Esq.
Daniel J. Weiss, Esq.
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


March 27, 2008.

                                              s/David J. Bradford

                                              JENNER & BLOCK LLP
                                              330 North Wabash Avenue
                                              Chicago, Illinois 60611
                                              Telephone No: 312 222-9350
                                              Facsimile No: 312 527-0484