# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>    *Plaintiff and Counterclaim Defendant,*<br><br>        v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff,*<br><br>        v.<br><br>SCOTT C. HARRIS,<br>    *Third-Party Defendant and*<br>    *Counterclaimant,*<br><br>        v.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third-Party<br>    Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

**DECLARATION OF KAREN L. BLOUIN IN FURTHER SUPPORT
OF SCOTT HARRIS'S AND ICR'S RESPONSE TO FISH & RICHARDSON'S MOTION FOR LEAVE TO
FILE *INSTANTER* A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL**

I, Karen L. Blouin, do hereby state as follows:

1.     I am an attorney of record in this case.

2.     One of my duties is to gather documents for production.

3.     As part of this process, a draft Retention and Fee Agreement between the Niro firm and Memory Control Enterprise, LLC was inadvertently included with the documents to be produced.

4.     Given the history in this case, I believe Fish immediately realized this document was inadvertently produced.

5.      I notified counsel on March 27, 2006 that the draft Retention and Fee Agreement was inadvertently produced.

6.      To date Fish has refused to return the document.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 28th day of March 2008 at Chicago, Illinois.