# EXHIBIT B

# NIRO, SCAVONE, HALLER & NIRO

| | 181 WEST MADISON STREET-SUITE 4600 | |
|---|---|---|
| RAYMOND P. NIRO | | PAUL C. GIBBONS |
| TIMOTHY J. HALLER | CHICAGO, ILLINOIS 60602-4635 | BRADY J. FULTON |
| WILLIAM L. NIRO | | GREGORY P. CASIMER |
| JOSEPH N. HOSTENY, III | | DOUGLAS M. HALL |
| ROBERT A. VITALE, JR. | TELEPHONE (312) 236-0733 | DINA M. HAYES |
| JOHN C. JANKA | | FREDERICK C. LANEY |
| PAUL K. VICKREY | FACSIMILE (312) 236-3137 | DAVID J. MAHALEK |
| DEAN D. NIRO | | KARA L. SZPONDOWSKI |
| RAYMOND P. NIRO, JR. | | ROBERT A. CONLEY |
| PATRICK F. SOLON | | ERIC J. MERSMANN |
| ARTHUR A. GASEY | March 27, 2008 | NICHOLAS M. DUDZIAK |
| CHRISTOPHER J. LEE | | KAREN L. BLOUIN |
| DAVID J. SHEIKH | | LAURA A. KENNEALLY |
| VASILIOS D. DOSSAS | | TAHITI ARSULOWICZ |
| SALLY WIGGINS | | |
| RICHARD B. MEGLEY, JR. | | OF COUNSEL: |
| MATTHEW G. McANDREWS | | THOMAS G. SCAVONE |

*Via Facsimile: 312-840-7375*

David J. Bradford
Jenner & Block
330 North Wabash Avenue
Chicago, IL 60611-7603

      Re:    <u>Harris v. Fish & Richardson</u>

Dear David:

      We have inadvertently produced an unredacted fee agreement between the Niro firm and Scott Harris, HARRIS000197-HARRIS000206. As you know, these fee agreements are privileged communications and in accordance with the protective order entered in this case, please return all copies of this document.

                               Sincerely yours,

                               Karen L. Blouin

KLB:sb