# EXHIBIT C

# Burke, Sue A

**From:** Blouin, Karen
**Sent:** Friday, March 28, 2008 5:06 PM
**To:** Burke, Sue A
**Subject:** FW: Message received from UnknownFaxMachine on 3/27/2008 at 10:57:21 AM.


-----Original Message-----
From: Bradford, David J [mailto:dbradford@jenner.com]
Sent: Thursday, March 27, 2008 12:09 PM
To: Blouin, Karen
Cc: Vickrey, Paul K; Truax, Terrence J; Sacks, Eric A; Morse, Rachel S.; Kachingwe, Wendy T
Subject: RE: Message received from UnknownFaxMachine on 3/27/2008 at 10:57:21 AM.

Dear Karen:

I am very surprised to receive your fax below - if the identified document was inadvertently produced, why did you not identify it as such in the letter you sent yesterday that listed numerous documents that were supposedly inadvertently produced. Your client has not produced very many documents. I would think that after you apparently concluded earlier this week that there was an inadvertent production of one document, that when you reviewed the small balance of produced documents yesterday, you would have noticed this document among the few documents you produced. Why did you not contend yesterday that it was
inadvertently produced?

This claim of inadvertent production is disturbing because, as you know from electronic filing, we filed a brief attaching this document approximately one half hour before your letter was received. Clearly our filing triggered your claim that this document was somehow inadvertently produced. Equally disturbing is the fact that your letter purports to bear a fax time of 9:56, but in fact was received at 10:57 - the legend on your fax machine is clearly an hour off - perhaps you did not reset it when we went on daylight savings time?

In all events, the content of this document is plainly not privileged.
As the matter is now submitted to the Court, I suggest we let Judge Pallmeyer resolve the privilege claim, if you persist in making it. We are available to meet and confer if you would like to do so. Thanks for your response.

Ps. I will write you separately about your letter of yesterday on inadvertent production.

> _____
> From:      GeniFax Admin
> Sent:      Thursday, March 27, 2008 10:57 AM
> To: Bradford, David J
> Subject:   Message received from UnknownFaxMachine on 3/27/2008 at
> 10:57:21 AM.
>
> The attached fax was received from UnknownFaxMachine on 3/27/2008 at
> 10:57:21 AM
>
> JobID: 310855
>
> http://chntfax02/genifax/statusgenifax.asp?tab=received << File:
> Fax-Mar-27-2008-10-57-19-1676.pdf >>
-----------------------------------------------------

1

David J. Bradford
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-2975
Fax (312) 840-7375
<u>dbradford@jenner.com</u>
<u>www.jenner.com</u>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

----------------------------------------------------------