# EXHIBIT B

**JENNER&BLOCK**

Jenner & Block LLP        Chicago
330 N. Wabash Avenue      Dallas
Chicago, IL 60611-7603    New York
Tel 312 222-9350          Washington, DC
www.jenner.com

David J. Bradford
Tel  312 923-2975
Fax  312 840-7375
dbradford@jenner.com

March 25, 2008

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Paul K. Vickrey, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois  60602

Dear Paul:

    Attached is the document that I referenced at our meeting this morning, which identified at least one other firm client. Without benefit of the document, you expressed concern that this document might have been inadvertently produced based upon my description of it. As you can see from the attached enclosure, this document is clearly part of a business negotiation and could not plausibly be considered attorney-client privilege. As I mentioned to you at our meeting, the document sets forth requested price terms. Please let me know if you have any further questions or concerns.

    Thank you again for your cooperation.

                                      Sincerely,

                                      David J. Bradford

DJB:fms
Enclosure