# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, | ) ) | |
| *Plaintiff and Counterclaim Defendant,* | ) ) | |
| *v.* | ) ) | No. 07 C 5081 |
| **FISH & RICHARDSON P.C.**, | ) ) | Judge Rebecca R. Pallmeyer |
| *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* | ) ) ) | Magistrate Judge Maria Valdez |
| *v.* | ) ) ) | |
| **SCOTT C. HARRIS**, | ) ) | |
| *Third-Party Defendant and Counterclaimant.* | ) ) ) | |

## NOTICE OF FILING

TO:   Raymond P. Niro                L. Steven Platt
      Paul K. Vickrey                ARNOLD & KADJAN
      Richard B. Megley, Jr.         19 West Jackson Blvd., Suite 300
      Karen L. Blouin                Chicago, IL 60604
      David J. Sheikh                (312) 236-0415
      NIRO, SCAVONE, HALLER & NIRO
      181 W. Madison, Suite 4600
      Chicago, Illinois  60602
      (312) 236-0733

PLEASE TAKE NOTICE that on March 30, 2008, we filed with the United States District Court

for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON P.C.'S

OPPOSITION TO SCOTT HARRIS'S AND ICR'S COMBINED MOTION FOR

SANCTIONS, a copy of which is hereby served upon you.

March 30, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By:    s/ David J. Bradford
        One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

March 30, 2008.

s/David J. Bradford

JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484