Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Illinois Computer Resaerch, LLC vs. Fish & Richardson, P.C. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Fish & Richardson P.C.'s motion for leave to file *instanter* a supplemental brief in support of its renewed motion to compel [125] is withdrawn. Plaintiffs' motion for sanctions is withdrawn.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Resaerch, LLC vs. Fish & Richardson, P.C.                                                          Page 1 of 1

Dockets.Justia.com