Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson, P.C. | | |

**DOCKET ENTRY TEXT**

Ruling held. Fish & Richardson's motion for leave to file an amended counterclaim and third-party complaint [99] granted. Date to add additional parties and to amend pleadings extended to 5/21/2008. Status hearing set for 5/21/2008 at 9:00.

Docketing to mail notices.

00:21

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson, P.C. — Page 1 of 1

Dockets.Justia.com