Illinois Computer Research, LLC v. Google Inc.       Doc. 132 Att. 1

# EXHIBIT A

Dockets.Justia.com

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**