# EXHIBIT C

Dockets.Justia.com

# REDACTED PURSUANT TO
# STIPULATED PROTECTIVE ORDER