Illinois Computer Research, LLC v. Google Inc.

Doc. 132 Att. 4

# EXHIBIT D

Dockets.Justia.com

**REDACTED PURSUANT TO
STIPULATED PROTECTIVE ORDER**