# EXHIBIT E

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**