# EXHIBIT F

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**