# EXHIBIT G

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**