Illinois Computer Research, LLC v. Google Inc.　　　Doc. 132 Att. 8

# EXHIBIT H

Dockets.Justia.com

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**