# EXHIBIT J

Dockets.Justia.com

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**