## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>*Plaintiff and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**SCOTT C. HARRIS**, )<br>*Third-Party Defendant and Counterclaimant.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF FILING

TO:    Raymond P. Niro                                 L. Steven Platt
Paul K. Vickrey                                     ARNOLD & KADJAN
Richard B. Megley, Jr.                  19 West Jackson Blvd., Suite 300
Karen L. Blouin                                     Chicago, IL 60604
David J. Sheikh                                     (312) 236-0415
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

PLEASE TAKE NOTICE that on April 9, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S OPPOSITION TO HARRIS'S AND ICR'S CLAIM OF PRIVILEGE AS TO DOCUMENTS ALLEGEDLY PRODUCED INADVERTENTLY AND SUBMITTED UNDER SEAL IN OPEN COURT ON MARCH 31, 2008, a copy of which is hereby served upon you.

April 9, 2008                                    Respectfully submitted,

                                                                                   FISH & RICHARDSON P.C.

                                                                                   By:    s/ David J. Bradford
                                                                                           One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Karen L. Blouin
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

April 9, 2008.

                                                                          s/David J. Bradford

                                                                         JENNER & BLOCK LLP
                                                                         330 North Wabash Avenue
                                                                         Chicago, Illinois 60611
                                                                         Telephone No: 312 222-9350
                                                                         Facsimile No: 312 527-0484