IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>    *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>SCOTT C. HARRIS,<br>    *Third-Party Defendant and*<br>    *Counterclaimant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third-Party<br>    Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Illinois Computer Research, LLC ("ICR") and Scott Harris ("Harris") respectfully seek the Court's permission to file under seal the following papers:

- **Harris And ICR's Withdrawal of Privilege Claim And Supplemental Response To Fish & Richardson's Opposition to Claim Of Privilege As To Documents Produced Inadvertently**; and

- **Exhibit A,** email produced by defendant, Fish & Richardson.

The Withdrawal of Privilege Claim and Supplemental Response contains information that both parties have designed Confidential under the Protective Order. Exhibit A has been designated Confidential under the Protective Order by the defendant Fish & Richardson. Accordingly, ICR and Harris are seeking leave to file under seal

consistent with the Protective Order entered in this case and the Local Rules of this Court.

For the reasons stated, ICR and Harris respectfully request this Court grant their motion for leave to file under seal.

Respectfully submitted,

/s/ Richard B. Megley, Jr.
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **Motion for Leave to File Under Seal** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

>David J. Bradford - dbradford@jenner.com
>Eric A. Sacks - esacks@jenner.com
>Daniel J. Weiss - dweiss@jenner.com
>Terrence J. Truax - ttruax@jenner.com
>Jenner & Block LLP
>330 N. Wabash Avenue
>Chicago, IL  60611
>(312) 222-9350
>      **Counsel for Fish & Richardson, P.C.**

on April 23, 2008.

      /s/ Richard B. Megley, Jr.