IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>    *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>SCOTT C. HARRIS,<br>    *Third-Party Defendant and*<br>    *Counterclaimant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant, Third-Party*<br>    *Plaintiff and Counterclaim Defendant.* | Case No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

## NOTICE OF MOTION

TO:    See attached Certificate of Service

    PLEASE TAKE NOTICE that on **Monday, April 28, 2008,** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **MOTION FOR LEAVE TO FILE UNDER SEAL**, a copy of which is hereby attached.

    Respectfully submitted,

    /s/ Richard B. Megley, Jr.
    Richard B. Megley, Jr.
    Niro, Scavone, Haller & Niro
    181 West Madison, Suite 4600
    Chicago, Illinois 60602-4515
    (312) 236-0733
    Attorneys for Illinois Computer Research, LLC
    and Scott C. Harris

# CERTIFICATION OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

>David J. Bradford - dbradford@jenner.com
>Eric A. Sacks - esacks@jenner.com
>Daniel J. Weiss - dweiss@jenner.com
>Terrence J. Truax - ttruax@jenner.com
>Jenner & Block LLP
>330 N. Wabash Avenue
>Chicago, IL 60611
>(312) 222-9350
>    **Counsel for Fish & Richardson, P.C.**

on April 23, 2008.

                                 /s/ Richard B. Megley, Jr.