# EXHIBIT B

Dockets.Justia.com

**REDACTED PURSUANT TO
STIPULATED PROTECTIVE ORDER**