## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** <br> *Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> **FISH & RICHARDSON P.C.**, <br> *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* <br><br> v. <br><br> **SCOTT C. HARRIS, *et al.*,** <br> *Third-Party Defendants.* | No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

## NOTICE OF FILING

TO:  Raymond P. Niro                            L. Steven Platt
     Paul K. Vickrey                            ARNOLD & KADJAN
     Richard B. Megley, Jr.                     19 West Jackson Blvd., Suite 300
     Karen L. Blouin                            Chicago, IL 60604
     David J. Sheikh                            (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois 60602
     (312) 236-0733

PLEASE TAKE NOTICE that on April 24, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S OPPOSITION TO MR. HARRIS'S AND ICR'S MOTION FOR LEAVE TO FILE UNDER SEAL, a copy of which is hereby served upon you.

April 24, 2008                    Respectfully submitted,

                                  FISH & RICHARDSON P.C.

                                  By:    s/ David J. Bradford
                                         One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Karen L. Blouin
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

April 24, 2008.

                                            s/David J. Bradford

                                            JENNER & BLOCK LLP
                                            330 North Wabash Avenue
                                            Chicago, Illinois 60611
                                            Telephone No: 312 222-9350
                                            Facsimile No: 312 527-0484