# EXHIBIT 1

## Megley, Richard B Jr

| | |
|---|---|
| **From:** | Vondrasek, Liz A |
| **Sent:** | Thursday, April 24, 2008 2:31 PM |
| **To:** | dbradford@jenner.com |
| **Cc:** | Niro, Raymond P |
| **Subject:** | Harris v. Fish & Richardson |
| **Attachments:** | ltr.bradford.pdf |

David,

Please see the attached letter from Rich Megley.

Liz Vondrasek,
Assistant to Richard B. Megley, Jr.
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733

4/25/2008

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

LEE F. GROSSMAN
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
LAURA A. KENNEALLY
TAHITI ARSULOWICZ

OF COUNSEL:
THOMAS G. SCAVONE

April 24, 2008

### *Via Electronic Mail & First-Class Mail*

David J. Bradford
Jenner & Block
330 North Wabash Avenue
Chicago, IL 60611-7603

   Re: <u>Harris v. Fish & Richardson</u>

Dear David:

  I am responding to your email of yesterday to Ray Niro regarding the papers we seek to file under seal. We have withdrawn our objection to the documents labeled Harris 326-354 and those documents are being hand delivered to your office today.

  Regarding the remaining documents you identify in your email, there seems to be some confusion on your end. The paper we seek to file makes clear that the inadvertent production of document numbers 326-354 is now moot because we are producing them. That was the extent of what was conveyed to the Court as being produced and mooted. In other words, the other documents you identified in your email were not part of what was mooted by our agreement to produce Harris 326-354. Nevertheless, in the spirit of cooperation and to streamline this case, we are withdrawing our objection to the documents identified as Harris 322-325 and will be hand delivering those documents to your office today as well.

  Regarding the document identified as Harris 197-206, that is the retention agreement which remains at issue in terms of the redacted portions which are privileged and not relevant. We have maintained that throughout this case and continue to do so.

David J. Bradford
April 24, 2008
Page 2

Again, our withdrawal of our objection to Harris 326-354 does not affect the dispute over the retention agreement.

Finally, you appear to be confused about entry numbers 23-28 on our privilege log. Entry number 23-24 and 26-28 are not earlier versions of documents we are now producing as we previously made clear. Accordingly, our production of Harris 326-354 does not affect those entries on the privilege log. Nevertheless, to streamline this case, we are withdrawing our objection to the document identified on our privilege log as entry number 25, and are producing that document under production numbers HARRIS 000533-540.

We trust this answers your questions. If you have any further questions, please feel free to contact us.

Sincerely yours,

Richard B. Megley, Jr.

RBM Jr.
cc.: Raymond P. Niro