IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br>    *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br>    *Defendant, Counterclaimant and* <br>    *Third-Party Plaintiff*, <br><br> v. <br><br> SCOTT C. HARRIS, <br>    *Third-Party Defendant and Counterclaimant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br>    Defendant, Counterclaimant, Third-Party <br>    Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer <br><br> Mag. Judge Maria Valdez |

### SCOTT HARRIS'S AND ICR'S MOTION TO COMPEL
### DOCUMENTS IMPROPERLY WITHHELD ON THE GROUND OF
### ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT IMMUNITY

In accordance with Federal Rule of Civil Procedure 37(a), and for the reasons more fully set forth in the concurrently filed supporting memorandum, Scott Harris and Illinois Computer Research, LLC ("IRC") seek an order compelling documents improperly withheld on the ground of attorney-client privilege and work-product immunity. In the alternative, Scott Harris and ICR request an *in camera* inspection of all of the documents identified on Fish's privilege log.

Respectfully submitted,

/s/ Paul K. Vickrey
Raymond P. Niro
Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

## CERTIFICATION OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing **SCOTT HARRIS'S AND ICR'S MOTION TO MOTION TO COMPEL DOCUMENTS IMPROPERLY WITHHELD ON THE GROUND OF ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT IMMUNITY** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

    David J. Bradford
    Eric A. Sacks
    Daniel J. Weiss
    Terrence J. Truax
    Jenner & Block LLP
    330 N. Wabash Avenue
    Chicago, IL  60611
    (312) 222-9350

    **Counsel for Fish & Richardson, P.C.**

on April 30, 2008.

            /s/ Paul K. Vickrey