IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>　*Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>　*Defendant, Counterclaimant and*<br>　*Third-Party Plaintiff*,<br><br>v.<br><br>SCOTT C. HARRIS,<br>　*Third-Party Defendant and*<br>　*Counterclaimant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>　Defendant, Counterclaimant, Third-Party<br>　Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

## NOTICE OF MOTION

TO:　See attached Certificate of Service

　　　PLEASE TAKE NOTICE that on **Friday, May 2, 2008,** at **3:00 p.m.** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **SCOTT HARRIS'S AND ICR'S MOTION TO COMPEL DOCUMENTS IMPROPERLY WITHHELD ON THE GROUND OF ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT IMMUNITY**, a copy of which is hereby attached.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Paul K. Vickrey
　　　　　　　　　　　　　　　　　　　　Raymond P. Niro
　　　　　　　　　　　　　　　　　　　　Paul K. Vickrey
　　　　　　　　　　　　　　　　　　　　Niro, Scavone, Haller & Niro
　　　　　　　　　　　　　　　　　　　　181 West Madison, Suite 4600
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602-4515
　　　　　　　　　　　　　　　　　　　　(312) 236-0733
　　　　　　　　　　　　　　　　　　　　**Attorneys for Illinois Computer Research,**
　　　　　　　　　　　　　　　　　　　　**LLC and Scott C. Harris**

## **CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> David J. Bradford - dbradford@jenner.com
> Eric A. Sacks - esacks@jenner.com
> Daniel J. Weiss - dweiss@jenner.com
> Terrence J. Truax - ttruax@jenner.com
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL  60611
> (312) 222-9350
>
> **Counsel for Fish & Richardson, P.C.**

on April 30, 2008.

                                               /s/Paul K. Vickrey