IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>    *Plaintiff and Counterclaim Defendant*, | )<br>)<br>) |
| v. | )<br>) |
| FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff*, | )<br>)<br>)<br>) Case No. 07 C 5081<br>)<br>) Honorable Rebecca R. Pallmeyer |
| v. | )<br>) Magistrate-Judge Maria Valdez |
| SCOTT C. HARRIS,<br>    *Third-Party Defendant and*<br>    *Counterclaimant*, | )<br>)<br>)<br>) |
| v. | )<br>) |
| FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third-Party<br>    Plaintiff and Counterclaim Defendant. | )<br>)<br>) |

## **NOTICE OF MOTION**

TO:    See attached Certificate of Service

    PLEASE TAKE NOTICE that on **Friday, May 2, 2008,** at **3:00 p.m.** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **MOTION FOR LEAVE TO FILE UNDER SEAL**, a copy of which is hereby attached.

                                      Respectfully submitted,

                                      /s/Paul K. Vickrey
                                      Raymond P. Niro
                                      Paul K. Vickrey
                                      Niro, Scavone, Haller & Niro
                                      181 West Madison, Suite 4600
                                      Chicago, Illinois 60602-4515
                                      (312) 236-0733
                                      Attorneys for Illinois Computer Research, LLC
                                      and Scott C. Harris

# CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> David J. Bradford - dbradford@jenner.com
> Eric A. Sacks - esacks@jenner.com
> Daniel J. Weiss - dweiss@jenner.com
> Terrence J. Truax - ttruax@jenner.com
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL 60611
> (312) 222-9350
>
> **Counsel for Fish & Richardson, P.C.**

on April 30, 2008.

/s/Paul K. Vickrey