IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>    *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>SCOTT C. HARRIS,<br>    *Third-Party Defendant and*<br>    *Counterclaimant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third-Party<br>    Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

**MOTION TO REMOVE EXHIBIT A FROM THE DOCKET AND
FOR LEAVE TO REFILE EXHIBIT A TO THE MEMORANDUM
<u>IN SUPPORT OF THE MOTION TO COMPEL UNDER SEAL</u>**

Illinois Computer Research, LLC ("ICR") and Scott Harris ("Harris") respectfully seek the Court's permission to file the following under seal:

- **Exhibit A –** Fish and Richardson's Privilege Log

Exhibit A to Harris and ICR's Motion To Compel Documents Improperly Withheld On The Grounds of Attorney-Client Privilege and Work-Product Immunity is a copy of Fish and Richardson's privilege log. This document has been designated by Fish and Richardson as Confidential under the Protective Order. Harris and ICR inadvertently filed Exhibit A as a public document attached to its supporting Memorandum.

Accordingly, Harris and ICR respectfully request that the Court enter an Order removing Exhibit A from the docket and seek leave to refile the Memorandum In Support of the Motion to Compel with Exhibit A filed under seal consistent with the Protective Order entered in this case and the Local Rules of this Court.

Respectfully submitted,

/s/     Paul K. Vickrey
Raymond P. Niro
Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

# **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **Motion To Remove Exhibit A From The Docket And For Leave To Refile Exhibit A To The Memorandum In Support of the Motion to Compel Under Seal** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

David J. Bradford - dbradford@jenner.com
Eric A. Sacks - esacks@jenner.com
Daniel J. Weiss - dweiss@jenner.com
Terrence J. Truax - ttruax@jenner.com
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
(312) 222-9350
**Counsel for Fish & Richardson, P.C.**

on May 1, 2008.

/s/ Paul K. Vickrey