IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>*Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>*Defendant, Counterclaimant and Third-Party Plaintiff*,<br><br>v.<br><br>SCOTT C. HARRIS,<br>*Third-Party Defendant and Counterclaimant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Friday, May 2, 2008,** at **3:00 p.m.** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **Motion To Remove Exhibit A From The Docket And For Leave To Refile Exhibit A To The Memorandum In Support Of The Motion To Compel Under Seal**, a copy of which is hereby attached.

                              Respectfully submitted,

                              /s/Paul K. Vickrey
                              Raymond P. Niro
                              Paul K. Vickrey
                              Niro, Scavone, Haller & Niro
                              181 West Madison, Suite 4600
                              Chicago, Illinois 60602-4515
                              (312) 236-0733
                              **Attorneys for Illinois Computer Research, LLC and Scott C. Harris**

## CERTIFICATION OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

    David J. Bradford - dbradford@jenner.com
    Eric A. Sacks - esacks@jenner.com
    Daniel J. Weiss - dweiss@jenner.com
    Terrence J. Truax - ttruax@jenner.com
    Jenner & Block LLP
    330 N. Wabash Avenue
    Chicago, IL 60611
    (312) 222-9350

    **Counsel for Fish & Richardson, P.C.**

on May 1, 2008.

            /s/Paul K. Vickrey