Illinois Computer Research, LLC v. Google Inc.

Doc. 154 Att. 2

# EXHIBIT B

Dockets.Justia.com

| From: | Bradford, David J |
|---|---|
| Sent: | Wednesday, April 30, 2008 12:39 PM |
| To: | Vickrey, Paul K; Blouin, Karen |
| Cc: | Truax, Terrence J; Sacks, Eric A; Cebula, Michael L; Morse, Rachel S.; Kachingwe, Wendy T |
| Subject: | RE: Harris |

Dear Paul:

If you would like to be sure that I receive a communication - particularly when you demand a response to you in two hours or less - please, please, please, copy another attorney at this law firm on the communication - Terry or Eric or Michael or Rachel - in addition to myself. I have asked you this repeatedly. We extend this courtesy to your office. As you know, I am sometimes in court and/or traveling and unable to access email immediately. Because I have asked you for this simple courtesy many times - and you continue to refuse - it leaves us concerned that you want to play "gotcha" - by sending me alone a letter that you hope I won't see or have time to respond to before you go off and file another motion,. I really urge you not to operate that way.

Without getting into a dispute as to what was said on Monday, please note that I don't agree with your characterization of aspects of our conversation and left it with you that I wanted to confer with my clients and then talk with you further. The bottom line from my perspective is that we are not at an impasse on the issues you are trying to interject on Friday In particular, I believe that we can make progress on this issue and that is it worth discussing further without burdening the Court with still more briefing.

Please note that if you file a motion, you will should follow the rules and schedule it a time when the Judge hears motions; we will want to respond in writing. The issues before the Court on Friday are fully briefed (many times over) and have been specially scheduled. The issues you now want to raise have not been briefed at all. In no event, are they ripe for consideration on Friday. I agree we have a mutual interest in their prompt resolution. If we can't resolve them through a "meet and confer" then I am open to a prompt briefing schedule - but that cannot get done by Friday. As I mentioned to the Court, I am out of town all day tomorrow and am in meetings with out of town consultants most of Friday, until Court starts at 3.

Accordingly, I respectfully request that you not file another unnecessary and premature motion. Instead, I suggest we pick a day on which to have a complete "meet and confer" conference, and if we are not able to resolve the matters to your satisfaction, that we agree on a briefing schedule that puts your objections to our privilege log before the court in the next couple of weeks.

Thanks for your consideration,

David

**David J. Bradford**
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-2975
Fax (312) 840-7375
dbradford@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Vickrey, Paul K [mailto:vickrey@nshn.com]
**Sent:** Wednesday, April 30, 2008 10:12 AM
**To:** Bradford, David J
**Subject:** Harris

Please see attached letter.