IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>    *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>GOOGLE, INC.<br>    *Defendant, and*<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant and*<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>SCOTT C. HARRIS,<br>    *Third-Party Defendant and Counterclaimant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third-Party<br>    Plaintiff and Counterclaim Defendant. | Case No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Mag. Judge Maria Valdez |

## NOTICE OF MOTION

TO:    See attached Certificate of Service

    PLEASE TAKE NOTICE that on **Wednesday, May, 7, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **SCOTT HARRIS AND ICR'S MOTION FOR RECONSIDERATION OF THE RULING DISMISSING THE TORTIOUS INTERFERENCE CLAIM(S) WITHOUT PREJUDICE,** a copy of which is hereby attached.

Respectfully submitted,


<u>/s/ Paul K. Vickrey</u>
Raymond P. Niro
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC

# CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system. In addition, the undersigned is serving the following attorney by electronic mail:

>David J. Bradford
>Eric A. Sacks
>Daniel J. Weiss
>Terrence J. Truax
>Jenner & Block LLP
>330 N. Wabash Avenue
>Chicago, IL 60611
>(312) 222-9350
>
>**Counsel for Fish & Richardson, P.C.**

on May 5, 2008.

/s/ Paul K. Vickrey