Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 5/2/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Oral arguments heard. Motion for judgment on the pleadings [49, 52] granted without prejudice with respect to the tortious interference claim and denied with respect to the Mr. Harris's defamation claim. Plaintiffs have leave to file an amended complaint within 21 days. Plaintiff ICR and Harris's motion for protective order [72] is withdrawn with respect to Fee Agreements, granted with respect to Mr. Harris's communications concerning potential disputes between himself and Fish & Richardson; and otherwise denied without prejudice to *in camera* review of any documents that are strictly of a personal (non-professional) nature (i.e., references to medical treatments). Plaintiff's motions to compel and for leave to file certain materials under seal [146, 148, 150, 152] entered and continued for briefing: response 5/12/2008; reply 5/19/2008; ruling set for 5/23/2008 at 2:00 p.m.

Notices mailed by Judicial staff.

2:11

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson                                                          Page 1 of 1

Dockets.Justia.com