Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Scott Harris and ICR's motion for reconsideration of the ruling dismissing the tortious interference claims(s) without prejudice[156] denied without prejudice to an amended pleading. Counter Defendant Fish & Richardson's motion for attorneys' fees [52] is stricken without prejudice. Date for filing amended pleadings extended to 5/30/2008.

Notices mailed by Judicial staff.

00:12

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson                                            Page 1 of 1

Dockets.Justia.com