Illinois Computer Research, LLC v. Google Inc. Doc. 160 Att. 2

# EXHIBIT B

Dockets.Justia.com

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**