# EXHIBIT D

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**