# EXHIBIT G

Dockets.Justia.com

JENNER&BLOCK

Jenner & Block LLP    Chicago
330 N. Wabash Avenue    Dallas
Chicago, IL 60611    New York
Tel 312-222-9350    Washington, DC
www.jenner.com

February 12, 2008

**VIA MESSENGER**

Terrence J. Truax
Tel 312 923-2738
Fax 312 840-7738
ttruax@jenner.com

Paul K. Vickrey, Esq.
Niro Scavone Haller & Niro
181 West Madison Street
Suite 4600
Chicago, Illinois 60602

Re:    **ICR/Harris/Fish & Richardson**

Dear Paul:

I enclose documents produced by Fish & Richardson bearing production nos. FR 00115 to FR 00183. These documents represent confidential communications between legal counsel for Fish & Richardson and principals of Fish & Richardson for the purpose of delivering privileged legal advice to Fish & Richardson and its principals. Given that these communications represent confidential privileged exchanges, they are subject to a common interest privilege and the work product doctrine that existed in May 2007 between and among Mr. Harris, his colleagues at Fish & Richardson, and the Fish & Richardson firm. As such, and as per the discussion with Judge Pallmeyer on December 21, 2007, the disclosure of these materials is "limited to Mr. Harris and not the other entities" represented by the Niro firm. (Dec. 21, 2007 Tr. at 57.)

We note that your client, Mr. Harris, not only has had access to these emails prior to this transmittal, but also appears to have shared these confidential communications with ICR, through the auspices of the Niro firm, in clear breach of his confidentiality and fiduciary obligations to Fish & Richardson. In turn, this confidential information was then wrongfully spread of record in public pleadings filed by your firm, on behalf of ICR and Mr. Harris. These breaches are the subject of separate letters from Eric Sacks dated December 4, 2007 and David Bradford dated December 7, 2007. We reserve all rights and claims arising out of these breaches of fiduciary duty including, but not limited to Niro firm's role in the same.

Very truly yours,

Terrence J. Truax

TJT:hm
Enclosure

cc:    David J. Bradford
       Eric A. Sacks

1624934