## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** ) | |
| *Plaintiff and Counterclaim Defendant,* ) | |
| ) | |
| *v.* ) | No. 07 C 5081 |
| ) | |
| **FISH & RICHARDSON P.C.**, ) | Judge Rebecca R. Pallmeyer |
| *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* ) | Magistrate Judge Maria Valdez |
| ) | |
| *v.* ) | |
| ) | |
| **SCOTT C. HARRIS,** *et al.*, ) | |
| *Third-Party Defendants.* ) | |

### NOTICE OF FILING

TO:  Raymond P. Niro                         L. Steven Platt
      Paul K. Vickrey                         ARNOLD & KADJAN
      Richard B. Megley, Jr.               19 West Jackson Blvd., Suite 300
      Karen L. Blouin                          Chicago, IL 60604
      David J. Sheikh                          (312) 236-0415
      NIRO, SCAVONE, HALLER & NIRO
      181 W. Madison, Suite 4600
      Chicago, Illinois 60602
      (312) 236-0733

PLEASE TAKE NOTICE that on May 12, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S OPPOSITION TO MR. HARRIS'S AND ICR'S MOTION TO COMPEL DOCUMENTS, a copy of which is hereby served upon you.

May 12, 2008                                    Respectfully submitted,

                                                FISH & RICHARDSON P.C.

                                                By:    s/ David J. Bradford
                                                        One of its Attorneys


David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

# CERTIFICATE OF SERVICE

       I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Karen L. Blouin
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois  60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415


May 12, 2008.

                                                        s/David J. Bradford

                                                        JENNER & BLOCK LLP
                                                        330 North Wabash Avenue
                                                         Chicago, Illinois  60611
                                                        Telephone No:  312 222-9350
                                                         Facsimile No:  312 527-0484