IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br> *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br> *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES, <br> *Third-Party Defendants.* | Civil Action No. 07 C 5081 <br><br> Honorable Rebecca R. Pallmeyer <br> Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Monday, May, 19, 2008** at **9:00 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **BARTEX RESEARCH, LLC'S MOTION TO DISMISS FISH & RICHARDSON'S AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION,** a copy of which is hereby attached.

Respectfully submitted,

/s/ Laura A. Kenneally
Raymond P. Niro
Richard B. Megley, Jr.
David J. Sheikh
Richard B. Megley, Jr.
Laura A. Kenneally
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

# CERTIFICATION OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

    David J. Bradford - dbradford@jenner.com;;;
    Eric A. Sacks - esacks@jenner.com
    Daniel J. Weiss - dweiss@jenner.com
    Terrence J. Truax - ttruax@jenner.com
    Jenner & Block LLP
    330 N. Wabash Avenue
    Chicago, IL  60611
    (312) 222-9350
      **Counsel for Fish & Richardson, P.C.**

on May 13, 2008.

        /s/ Laura A. Kenneally