Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Status hearing held. Baxter Research, LLC's motion to dismiss Fish & Richardson's Amended Counterclaim and Third-Party Complaint under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction [164] is entered and continued to 7/2/2008 at 9:00.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson    Page 1 of 1

Dockets.Justia.com