# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, <br>    *Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> **FISH & RICHARDSON P.C.**, <br>    *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* <br><br> v. <br><br> **SCOTT C. HARRIS**, *et al.*, <br>    *Third-Party Defendants.* | No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

### FISH & RICHARDSON'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO MR. HARRIS'S AND ICR'S REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DOCUMENTS

Fish & Richardson, by its attorneys, respectfully submits this Motion For Leave To File a Sur-Reply To Mr. Harris's And ICR's Reply In Support Of Their Motion To Compel Documents. In support of this motion, Fish & Richardson attaches its proposed Sur-Reply as Exhibit A hereto, and states as follows:

In their Reply, Mr. Harris and ICR make several new arguments not raised in their opening brief, and in doing so mischaracterize the law. Fish & Richardson seeks leave to file the attached Sur-Reply to address the legal and factual statements raised for the first time in Mr. Harris's and ICR's Reply.

WHEREFORE, for the reasons set forth herein, Fish & Richardson respectfully requests that this Court permit the filing of the attached Sur-Reply.

May 22, 2008                    Respectfully submitted,

                                FISH & RICHARDSON P.C.

                                By:   s/ David J. Bradford
                                      One of its Attorneys

                                      David J. Bradford
                                      Terrence J. Truax
                                      Eric A. Sacks
                                      Daniel J. Weiss
                                      JENNER & BLOCK LLP
                                      330 N. Wabash Avenue
                                      Chicago, IL 60611
                                      Telephone: 312 222-9350
                                      Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Laura A. Kenneally
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

May 22, 2008.

                                              s/David J. Bradford

                                              JENNER & BLOCK LLP
                                              330 North Wabash Avenue
                                              Chicago, Illinois 60611
                                              Telephone No: 312 222-9350
                                              Facsimile No: 312 527-0484