**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>  *Plaintiff and Counterclaim Defendant*, )<br>  )<br>  *v.* )<br>  )<br>**FISH & RICHARDSON P.C.**, )<br>  *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant*, )<br>  )<br>  *v.* )<br>  )<br>**SCOTT C. HARRIS,** *et al.*, )<br>  *Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:  Raymond P. Niro                    L. Steven Platt
     Paul K. Vickrey                    ARNOLD & KADJAN
     Richard B. Megley, Jr.             19 West Jackson Blvd., Suite 300
     Laura A. Kenneally                 Chicago, IL 60604
     David J. Sheikh                    (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois  60602
     (312) 236-0733

PLEASE TAKE NOTICE that on May 23, 2008, at 2:00 p.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO MR. HARRIS'S AND ICR'S REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DOCUMENTS, a copy of which is hereby served upon you.

May 22, 2008                                  Respectfully submitted,

                                              FISH & RICHARDSON P.C.

                                              By:    s/ David J. Bradford
                                                        One of its Attorneys


David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

       I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Laura A. Kenneally
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

May 22, 2008.

                                          s/David J. Bradford

                                          JENNER & BLOCK LLP
                                          330 North Wabash Avenue
                                          Chicago, Illinois 60611
                                          Telephone No: 312 222-9350
                                          Facsimile No: 312 527-0484