IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>    *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES,<br>    *Third-Party Defendants.* | Civil Action No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate-Judge Maria Valdez |

## UNOPPOSED MOTION TO WITHDRAW KAREN L. BLOUIN AS COUNSEL
## FOR ILLINOIS COMPUTER RESEARCH, LLC AND SCOTT C. HARRIS

Niro, Scavone, Haller & Niro, who appears on behalf of Illinois Computer Research, LLC, Plaintiff and Counterclaim Defendant, and Scott C. Harris, Third-Party Defendant and Counterclaimant, as counsel in the above captioned case, hereby moves this court, pursuant to Local Rule 83.17, for leave to withdraw Karen L. Blouin from representation of Illinois Computer Research, LLC and Scott C. Harris in this lawsuit.

Karen L. Blouin is leaving the employ of Niro, Scavone, Haller & Niro. Illinois Computer Research, LLC and Scott C. Harris will not be harmed in any way by this withdrawal, as Niro, Scavone, Haller & Niro attorneys Raymond P. Niro, Paul K.

Vickrey, David J. Sheikh, Richard B. Megley, Jr., and Laura A. Kenneally, continue to represent Illinois Computer Research, LLC and Scott C. Harris.

WHEREFORE, Niro, Scavone, Haller & Niro respectfully requests that the Court grant its unopposed motion for leave to withdraw Karen L. Blouin from representation of Illinois Computer Research, LLC and Scott C. Harris.

Respectfully submitted,

/s/ Laura A. Kenneally
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Laura A. Kenneally
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC and Scott C. Harris

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **UNOPPOSED MOTION TO WITHDRAW KAREN L. BLOUIN AS COUNSEL FOR ILLINOIS COMPUTER RESEARCH, LLC AND SCOTT C. HARRIS** was filed with the Clerk of the Court on May 23, 2008 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.

      David J. Bradford - dbradford@jenner.com;;;
      Eric A. Sacks - esacks@jenner.com
      Daniel J. Weiss - dweiss@jenner.com
      Terrence J. Truax - ttruax@jenner.com
      Jenner & Block LLP
      330 N. Wabash Avenue
      Chicago, IL  60611
      (312) 222-9350
           **Counsel for Fish & Richardson, P.C.**


           <u>/s/ Laura A. Kenneally</u>