# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>  *Plaintiff and Counterclaim Defendant*, )<br> )<br> v. )<br> )<br>**FISH & RICHARDSON P.C.**, )<br>  *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant*, )<br> )<br> v. )<br> )<br>**SCOTT C. HARRIS**, *et al.*, )<br>  *Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## FISH & RICHARDSON'S MOTION TO DISMISS MR. HARRIS'S AND THE SHELL ENTITIES' COUNTERCLAIMS

For the reasons stated in its Memorandum of Law in Support of Fish & Richardson's Motion to Dismiss Mr. Harris's and the Shell Entities' Counterclaims, a copy of which accompanies and is incorporated in this motion, Fish & Richardson, by its attorneys, respectfully moves this Court under Federal Rule of Civil Procedure 12(b)(6) for the entry of an order dismissing Counts I, II, III, IV, V, VI, and VII of Mr. Harris's and the Shell Entities' Amended Complaint.

WHEREFORE, Fish & Richardson respectfully requests that the Court enter an order dismissing Counts I, II, III, IV, V, VI, and VII of Mr. Harris's and the Shell Entities' Amended Complaint with prejudice.

May 27, 2008                              Respectfully submitted,

                                          FISH & RICHARDSON P.C.

                                          By:    s/ David J. Bradford
                                                 One of its Attorneys

                                                 David J. Bradford
                                                 Terrence J. Truax
                                                 Eric A. Sacks
                                                 Daniel J. Weiss
                                                 JENNER & BLOCK LLP
                                                 330 N. Wabash Avenue
                                                 Chicago, IL 60611
                                                 Telephone: 312 222-9350
                                                 Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


May 27, 2008.

    s/David J. Bradford

    JENNER & BLOCK LLP
    330 North Wabash Avenue
    Chicago, Illinois 60611
    Telephone No: 312 222-9350
    Facsimile No: 312 527-0484