# EXHIBIT 1

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**