# EXHIBIT 2

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**