## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>  *Plaintiff and Counterclaim Defendant*, )<br>)<br>    *v.* )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>  *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant*, )<br>)<br>    *v.* )<br>)<br>**SCOTT C. HARRIS, *et al.***, )<br>  *Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

TO: Raymond P. Niro        L. Steven Platt
   Paul K. Vickrey         ARNOLD & KADJAN
   Richard B. Megley, Jr.      19 West Jackson Blvd., Suite 300
   Laura A. Kenneally       Chicago, IL 60604
   David J. Sheikh        (312) 236-0415
   NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison, Suite 4600
   Chicago, Illinois 60602
   (312) 236-0733

PLEASE TAKE NOTICE that on May 29, 2008, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION TO DISMISS MR. HARRIS'S AND THE SHELL ENTITIES' COUNTERCLAIMS, a copy of which is hereby served upon you.

May 27, 2008                                   Respectfully submitted,

                                               FISH & RICHARDSON P.C.

                                               By:    s/ David J. Bradford
                                                      One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

# CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


May 27, 2008.

                                            s/David J. Bradford

                                            JENNER & BLOCK LLP
                                            330 North Wabash Avenue
                                            Chicago, Illinois 60611
                                            Telephone No: 312 222-9350
                                            Facsimile No: 312 527-0484