Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Illinois Computer Research, lLC vs. Fish & Richardson .C. | | |

**DOCKET ENTRY TEXT**

Unopposed motion to withdraw Karen L. Blouin as counsel for Illinois Computer Research, LLC and Scott C. Harris [171] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, lLC vs. Fish & Richardson .C.　　　　　　　　　　　　　　　　Page 1 of 1

Dockets.Justia.com