Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to file a sur-reply (169) is granted.  Plaintiffs' motion to remove and refile Exhibit A (152) is granted.  Plaintiff's motion to compel (146) entered and continued pending *in camera* review of the challenged documents; Defendant agrees to produce those documents for the court's review by Wednesday, May 28, 2008.  Discovery close date of September 30, 2008 stands, but the date for Rule 26(a)(2) disclosures is extended to August 15, 2008 for initial expert disclosure; date for Rule 26(a)(2) disclosure for responsive experts is extended to September 15, 2008.  Date for filing amended pleadings is extended to June 30, 2008.

Docketing to mail notices.

00:51

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Dockets.Justia.com