Illinois Computer Research, LLC v. Google Inc.                                                                          Doc. 179

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson P.C., et al | | |

**DOCKET ENTRY TEXT**

Fish & Richardson's motion to dismiss Mr. Harris's and the Shell Entities' counterclaims [173] entered and continued to 7/2/208 at 9:00.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson P.C., et al                                        Page 1 of 1

Dockets.Justia.com