IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br> *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br> *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES, <br> *Third-Party Defendants.* | Civil Action No. 07 C 5081 <br><br> Honorable Rebecca R. Pallmeyer <br><br> Magistrate-Judge Maria Valdez |

## ICR'S MOTION TO STRIKE FISH'S MEMORANDUM SUPPORTING ITS MOTION TO DISMISS, AND TO STRIKE ALL OTHER PLEADINGS THAT MAKE REFERENCE TO "SHELL ENTITIES" OR, IN THE ALTERNATIVE, TO REQUIRE FISH TO RE-FILE ALL SUCH PLEADINGS WITHOUT REFERENCE TO PEJORATIVE TERMS

Fish has consistently sought to demean the companies to whom Scott Harris sold his patents by calling them "shell entities." That pejorative term suggests these companies are improperly or illegally constituted:

Mr. Harris and the *shell entities* allege slander of title....

\* \* \* \*

Mr. Harris and the *shell entities* have now filed an amended complaint.

\* \* \* \*

> Mr. Harris and the **shell entities** allege that, in September 2007, after the litigation....

* * * *

In this case, Mr. Harris and his **paper entities**....

(Fish & Richardson's Memorandum in Support of Its Motion to Dismiss Mr. Harris's and the Sell Entities' Counterclaims"; Document 174 at pp. 1, 3, 4 and 5; emphasis added).

> Fish & Richardson, P.C. counterclaims against Illinois Computer Research, LLC ("ICR") and states its third-party complaint against Mr. Scott C. Harris ... and any **John Doe Shell Entities** as follows:

(Fish & Richardson P.C.'s Amended Counterclaim and Third-Party Complaint, Document 99, Exhibit 1 at 1-2; emphasis added).

> Fish & Richardson additionally asserts counterclaims against ICR, the initial plaintiff in this action, as well as third-party claims against all other **shell entities** to whom Mr. Harris purported to "assign" patents....

(Id. at 5; emphasis added).

> **John Doe Shell Entities** are any entity to whom Mr. Harris purported to assign a patent or patent application, or who purportedly have acquired a patent or patent application associated with Mr. Harris from another source.

(Id. at 7; emphasis added).

The third-party defendants here have not called Fish a "greedy law firm" or tagged Fish's clients as "serial infringers of lawfully issued United States patents." Nor would they do so.

Enough is enough. Fish's repeated and malicious use of pejorative terms like "shell entities" (a synonym for "patent troll," a term other courts have condemned) should not be permitted, especially when Fish even uses such terms as part of the definitions used in

subpoenas to third parties. Pursuant to Federal Rule of Civil Procedure 12(f), the court may order stricken from any pleading any "impertinent, or scandalous matter." The Court should restore civility to these proceedings by doing so here.

The third-party defendants have no objection to Fish refiling its motion and brief and other pleadings referring to the so-called "shell entities," by referring to them as third-party defendants or by their actual names.

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4635
(312) 236-0733
Fax: (312) 236-3137
Attorneys for Illinois Computer Research, LLC and Scott C. Harris

# CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ICR'S MOTION TO STRIKE FISH'S MEMORANDUM SUPPORTING ITS MOTION TO DISMISS, AND TO STRIKE ALL OTHER PLEADINGS THAT MAKE REFERENCE TO "SHELL ENTITIES" OR, IN THE ALTERNATIVE, TO REQUIRE FISH TO RE-FILE ALL SUCH PLEADINGS WITHOUT REFERENCE TO PEJORATIVE TERMS** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> David J. Bradford - dbradford@jenner.com
> Eric A. Sacks - esacks@jenner.com
> Daniel J. Weiss - dweiss@jenner.com
> Terrence J. Truax - ttruax@jenner.com
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL  60611
> (312) 222-9350
> > Counsel for Fish & Richardson, P.C.

on May 30, 2008.

/s/ Raymond P. Niro