IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., *Plaintiff and Counterclaim Defendant*, | ) ) ) |
| v. | ) Civil Action No. 07 C 5081 ) |
| FISH & RICHARDSON P.C., *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant*, | ) ) ) Honorable Rebecca R. Pallmeyer ) Magistrate Judge Maria Valdez ) |
| v. | ) ) ) |
| SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES, *Third-Party Defendants.* | ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:  See attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, June 3, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **ICR'S MOTION TO STRIKE FISH'S MEMORANDUM SUPPORTING ITS MOTION TO DISMISS, AND TO STRIKE ALL OTHER PLEADINGS THAT MAKE REFERENCE TO "SHELL ENTITIES" OR, IN THE ALTERNATIVE, TO REQUIRE FISH TO RE-FILE ALL SUCH PLEADINGS WITHOUT REFERENCE TO PEJORATIVE TERMS,** a copy of which is attached.

Respectfully submitted,


/s/ Raymond P. Niro
Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4635
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC
and Scott C. Harris

**CERTIFICATION OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

        David J. Bradford - dbradford@jenner.com;;;
        Eric A. Sacks - esacks@jenner.com
        Daniel J. Weiss - dweiss@jenner.com
        Terrence J. Truax - ttruax@jenner.com
        Jenner & Block LLP
        330 N. Wabash Avenue
        Chicago, IL  60611
        (312) 222-9350
        **Counsel for Fish & Richardson, P.C.**

on May 30, 2008.

                                          /s/ Raymond P. Niro