# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, | ) ) |
|     *Plaintiff and Counterclaim Defendant,* | ) ) |
|     *v.* | ) ) No. 07 C 5081 |
| FISH & RICHARDSON P.C., | ) ) Judge Rebecca R. Pallmeyer |
|     *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* | ) ) Magistrate Judge Maria Valdez ) ) |
|     *v.* | ) ) |
| SCOTT C. HARRIS, *et al.*, | ) |
|     *Third-Party Defendants.* | ) |

## NOTICE OF FILING

TO:   Raymond P. Niro                                         L. Steven Platt
          Paul K. Vickrey                                         ARNOLD & KADJAN
          Richard B. Megley, Jr.                      19 West Jackson Blvd., Suite 300
          Laura A. Kenneally                                 Chicago, IL 60604
          David J. Sheikh                                       (312) 236-0415
          NIRO, SCAVONE, HALLER & NIRO
          181 W. Madison, Suite 4600
          Chicago, Illinois  60602
          (312) 236-0733

PLEASE TAKE NOTICE that on June 2, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S OPPOSITION TO ICR'S MOTION TO STRIKE, a copy of which is hereby served upon you.

June 2, 2008                                        Respectfully submitted,

                                                    FISH & RICHARDSON P.C.

                                                    By:   s/ David J. Bradford
                                                          One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


June 2, 2008.

                                                s/ David J. Bradford

                                                JENNER & BLOCK LLP
                                                330 North Wabash Avenue
                                                Chicago, Illinois 60611
                                                Telephone No: 312 222-9350
                                                Facsimile No: 312 527-0484