## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>*Plaintiff and Counterclaim Defendant,* )<br> )<br>*v.* )<br> )<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* )<br> )<br>*v.* )<br> )<br>**SCOTT C. HARRIS,** *et al.*, )<br>*Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF FILING

TO:  Raymond P. Niro                           L. Steven Platt
      Paul K. Vickrey                             ARNOLD & KADJAN
      Richard B. Megley, Jr.                   19 West Jackson Blvd., Suite 300
      Laura A. Kenneally                         Chicago, IL 60604
      David J. Sheikh                              (312) 236-0415
      NIRO, SCAVONE, HALLER & NIRO
      181 W. Madison, Suite 4600
      Chicago, Illinois 60602
      (312) 236-0733

PLEASE TAKE NOTICE that on June 4, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S REPLY TO MR. HARRIS'S AND THE SHELL ENTITIES' RESPONSE BRIEF REGARDING *IN CAMERA* DOCUMENTS, a copy of which is hereby served upon you.

June 4, 2008                                    Respectfully submitted,

                                                FISH & RICHARDSON P.C.

                                                By:   s/ David J. Bradford
                                                         One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

       I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Laura A. Kenneally
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

June 4, 2008.

                                                    s/ David J. Bradford

                                                  JENNER & BLOCK LLP
                                                  330 North Wabash Avenue
                                                  Chicago, Illinois 60611
                                                  Telephone No: 312 222-9350
                                                  Facsimile No: 312 527-0484