**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** )<br>　　*Plaintiff and Counterclaim Defendant,* )<br>)<br>　　　　*v.* )<br>)<br>**FISH & RICHARDSON P.C.,** )<br>　　*Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* )<br>)<br>　　　　*v.* )<br>)<br>**SCOTT C. HARRIS,** *et al.*, )<br>　　*Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:　Raymond P. Niro　　　　　　　　　L. Steven Platt
　　　Paul K. Vickrey　　　　　　　　　　ARNOLD & KADJAN
　　　Richard B. Megley, Jr.　　　　　　19 West Jackson Blvd., Suite 300
　　　Laura A. Kenneally　　　　　　　　Chicago, IL 60604
　　　David J. Sheikh　　　　　　　　　　(312) 236-0415
　　　NIRO, SCAVONE, HALLER & NIRO
　　　181 W. Madison, Suite 4600
　　　Chicago, Illinois 60602
　　　(312) 236-0733

PLEASE TAKE NOTICE that on June 11, 2008, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION FOR A PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AN EXTENSION OF TIME, a copy of which is hereby served upon you.

June 6, 2008                                   Respectfully submitted,

                                                FISH & RICHARDSON P.C.

                                                By:     s/ David J. Bradford
                                                             One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Laura A. Kenneally
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

June 6, 2008.

                                                s/David J. Bradford

                                                JENNER & BLOCK LLP
                                                330 North Wabash Avenue
                                                Chicago, Illinois 60611
                                                Telephone No: 312 222-9350
                                                Facsimile No: 312 527-0484