Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson, P.C. | | |

**DOCKET ENTRY TEXT**

Fish & Richardson's motion for a protective order or, in the alternative, an extension of time [193] is withdrawn.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C1081 Illinois Computer Research, LLC vs. Fish & Richardson, P.C. — Page 1 of 1

Dockets.Justia.com