**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,**<br>    *Plaintiff and Counterclaim Defendant,*<br><br>    *v.*<br><br>**FISH & RICHARDSON P.C.,**<br>    *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,*<br><br>    *v.*<br><br>**SCOTT C. HARRIS,** *et al.*,<br>    *Third-Party Defendants.* | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:   Raymond P. Niro  
        Paul K. Vickrey  
        Richard B. Megley, Jr.  
        Laura A. Kenneally  
        David J. Sheikh  
        NIRO, SCAVONE, HALLER & NIRO  
        181 W. Madison, Suite 4600  
        Chicago, Illinois 60602  
        (312) 236-0733

L. Steven Platt  
ARNOLD & KADJAN  
19 West Jackson Blvd., Suite 300  
Chicago, IL 60604  
(312) 236-0415

PLEASE TAKE NOTICE that on June 23, 2008, at 9:00 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION TO COMPEL COMPLIANCE WITH THE COURT'S MAY 2, 2008 ORDER, a copy of which is hereby served upon you.

June 18, 2008                                   Respectfully submitted,

                                                FISH & RICHARDSON P.C.

                                                By:    s/ David J. Bradford
                                                       One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


June 18, 2008.

                                                        s/David J. Bradford

                                                        JENNER & BLOCK LLP
                                                        330 North Wabash Avenue
                                                        Chicago, Illinois 60611
                                                        Telephone No: 312 222-9350
                                                        Facsimile No: 312 527-0484