IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br> *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br> *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES, <br> *Third-Party Defendants.* | ) <br> ) <br> ) <br> ) Civil Action No. 07 C 5081 <br> ) <br> ) <br> ) Honorable Rebecca R. Pallmeyer <br> ) Magistrate Judge Maria Valdez <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on **Monday, June 23, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **SCOTT HARRIS'S, ICR'S AND THIRD-PARTY DEFENDANTS' JOINT MOTION TO COMPEL BASIC DISCOVERY FROM FISH,** a copy of which is attached.

                                                        Respectfully submitted,

                                                        /s/ Laura A. Kenneally
                                                        Raymond P. Niro
                                                        Paul K. Vickrey
                                                        Richard B. Megley, Jr.
                                                        Laura A. Kenneally
                                                        Niro, Scavone, Haller & Niro
                                                        181 West Madison, Suite 4600
                                                        Chicago, Illinois 60602-4635
                                                        Phone: (312) 236-0733/Fax: (312) 236-3137
                                                        Attorneys for Illinois Computer Research, LLC
                                                        and Scott C. Harris

# CERTIFICATION OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> David J. Bradford - dbradford@jenner.com;;;
> Eric A. Sacks - esacks@jenner.com
> Daniel J. Weiss - dweiss@jenner.com
> Terrence J. Truax - ttruax@jenner.com
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL  60611
> (312) 222-9350
> **Counsel for Fish & Richardson, P.C.**

on June 19, 2008.

                              /s/ Laura A. Kenneally