IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br>    *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br>    *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES, <br>    *Third-Party Defendants.* | Civil Action No. 07 C 5081 <br><br> Honorable Rebecca R. Pallmeyer <br><br> Magistrate-Judge Maria Valdez |

## **MOTION FOR LEAVE TO FILE UNDER SEAL**

Illinois Computer Research, LLC ("ICR") and Scott Harris ("Harris") and the third-party defendants respectfully seek the Court's permission to file under seal the following papers:

- **Scott Harris's, ICR's and Third-Party Defendants' Joint Motion to Compel Basic Discovery from Fish,** including Exhibits C, E, G, H, J, K, L, M.

The Motion contains information that has been designed as Confidential under the Protective Order by the defendant Fish & Richardson. Accordingly, ICR, Harris and the third-party defendants seek leave to file their motion to compel and Exhibits C, E, G, H, J, K, L, M under seal consistent with the Protective Order entered in this case and the Local Rules of this Court.

For the reasons stated, ICR, Harris and the third-party defendants respectfully request this Court grant their motion for leave to file under seal.

Respectfully submitted,

/s/ Laura A. Kenneally
Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Illinois Computer Research, LLC and Scott C. Harris

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **Motion for Leave to File Under Seal** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> David J. Bradford - dbradford@jenner.com
> Eric A. Sacks - esacks@jenner.com
> Daniel J. Weiss - dweiss@jenner.com
> Terrence J. Truax - ttruax@jenner.com
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL 60611
> (312) 222-9350
> **Counsel for Fish & Richardson, P.C.**

on June 19, 2008.

                              /s/ Laura A. Kenneally