IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC.,<br>   *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br>   *Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES,<br>   *Third-Party Defendants.* | Civil Action No. 07 C 5081<br><br>Honorable Rebecca R. Pallmeyer<br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

     PLEASE TAKE NOTICE that on **Monday, June 23, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **MOTION FOR LEAVE TO FILE UNDER SEAL,** a copy of which is attached.

                                 Respectfully submitted,

                                 /s/ Laura A. Kenneally
                                 Raymond P. Niro
                                 Paul K. Vickrey
                                 Richard B. Megley, Jr.
                                 Laura A. Kenneally
                                 Niro, Scavone, Haller & Niro
                                 181 West Madison, Suite 4600
                                 Chicago, Illinois 60602-4635
                                 Phone: (312) 236-0733/Fax: (312) 236-3137
                                 Attorneys for Illinois Computer Research, LLC
                                 and Scott C. Harris

## CERTIFICATION OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> David J. Bradford - dbradford@jenner.com;;;
> Eric A. Sacks - esacks@jenner.com
> Daniel J. Weiss - dweiss@jenner.com
> Terrence J. Truax - ttruax@jenner.com
> Jenner & Block LLP
> 330 N. Wabash Avenue
> Chicago, IL  60611
> (312) 222-9350
> **Counsel for Fish & Richardson, P.C.**

on June 19, 2008.

                                       /s/ Laura A. Kenneally