## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** )<br>    *Plaintiff and Counterclaim Defendant,* )<br>)<br>    *v.* )<br>)<br>**FISH & RICHARDSON P.C.,** )<br>    *Defendant, Counterclaimant, Third-* )<br>    *Party Plaintiff, and Counterclaim* )<br>    *Defendant,* )<br>)<br>    *v.* )<br>)<br>**SCOTT C. HARRIS,** *et al.*, )<br>    *Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF FILING

TO:    Raymond P. Niro                          L. Steven Platt
          Paul K. Vickrey                             ARNOLD & KADJAN
          Richard B. Megley, Jr.               19 West Jackson Blvd., Suite 300
          Laura A. Kenneally                    Chicago, IL 60604
          David J. Sheikh                          (312) 236-0415
          NIRO, SCAVONE, HALLER & NIRO
          181 W. Madison, Suite 4600
          Chicago, Illinois 60602
          (312) 236-0733

PLEASE TAKE NOTICE that on June 20, 2008, we filed with the United States District Court for the Northern District of Illinois CM/ECF system the attached FISH & RICHARDSON'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH THE COURT'S MAY 2, 2008 ORDER, a copy of which is hereby served upon you.

June 20, 2008                                          Respectfully submitted,

                                                       FISH & RICHARDSON P.C.

                                                       By:   s/ David J. Bradford
                                                                One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

  Raymond P. Niro
  Paul K. Vickrey
  Richard B. Megley, Jr.
  Laura A. Kenneally
  David J. Sheikh
  Niro, Scavone, Haller & Niro
  181 W. Madison, Suite 4600
  Chicago, Illinois 60602

June 20, 2008.

              s/ David J. Bradford

              JENNER & BLOCK LLP
              330 North Wabash Avenue
              Chicago, Illinois 60611
              Telephone No: 312 222-9350
              Facsimile No: 312 527-0484