Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Fish & Richardson's motion to compel compliance with the court's May 2, 2008 order [198] and Scott Harris's, ICR's and Third-Party Defendants' joint motion to compel basic discovery from Fish [201] entered and continued to 7/9/2008 at 9:00. Mr. Harris is directed to produce the seven contested documents for the court's *in camera* inspection. Motion hearing on motions to dismiss [164, 173] set for 7/2/2008 stricken and reset to 7/9/2008 at 9:00.

Notices mailed by Judicial staff.

00:40

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Dockets.Justia.com