IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC., <br>     *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br>     *Defendant, Counterclaimant, Third-Party* <br>     *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> SCOTT C. HARRIS, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, INNOVATIVE PATENTED TECHNOLOGY, LLC AND ANY JOHN DOE SHELL ENTITIES, <br>     *Third-Party Defendants.* | Civil Action No. 07 C 5081 <br><br> Honorable Rebecca R. Pallmeyer <br> Magistrate Judge Maria Valdez |

## **NOTICE OF MOTION**

TO:    See attached Certificate of Service

      PLEASE TAKE NOTICE that on **Thursday, June 26, 2008** at **8:45 a.m.,** counsel for Plaintiff will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 2119, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **MOTION TO COMPEL DEPOSITION,** a copy of which is attached hereto.

                                      Respectfully submitted,

                                      <u>/s/ Raymond P. Niro</u>
                                      Raymond P. Niro
                                      Paul K. Vickrey
                                      Richard B. Megley, Jr.
                                      Laura A. Kenneally
                                      Niro, Scavone, Haller & Niro
                                      181 West Madison, Suite 4600
                                      Chicago, Illinois 60602-4635
                                      Phone: (312) 236-0733/Fax:  (312) 236-3137
                                      Attorneys for Illinois Computer Research, LLC
                                      and Scott C. Harris

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

      David J. Bradford - dbradford@jenner.com;;;
      Eric A. Sacks - esacks@jenner.com
      Daniel J. Weiss - dweiss@jenner.com
      Terrence J. Truax - ttruax@jenner.com
      Jenner & Block LLP
      330 N. Wabash Avenue
      Chicago, IL 60611
      (312) 222-9350
      **Counsel for Fish & Richardson, P.C.**

on June 24, 2008.

      /s/ Raymond P. Niro