**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**,<br>    *Plaintiff and Counterclaim Defendant,*<br><br>        *v.*<br><br>**FISH & RICHARDSON P.C.**,<br>    *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,*<br><br>        *v.*<br><br>**SCOTT C. HARRIS,** *et al.*,<br>    *Third-Party Defendants.* | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:  Raymond P. Niro                                L. Steven Platt
     Paul K. Vickrey                                ARNOLD & KADJAN
     Richard B. Megley, Jr.                         19 West Jackson Blvd., Suite 300
     Laura A. Kenneally                             Chicago, IL 60604
     David J. Sheikh                                (312) 236-0415
     NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison, Suite 4600
     Chicago, Illinois  60602
     (312) 236-0733

PLEASE TAKE NOTICE that on June 26, 2008, at 8:45 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION TO COMPEL PRODUCTION OF UNREDACTED VERSIONS OF CERTAIN HARRIS EMAILS, a copy of which is hereby served upon you.

June 24, 2008                              Respectfully submitted,

                                           FISH & RICHARDSON P.C.

                                           By:   s/ David J. Bradford
                                                 One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

    Raymond P. Niro
    Paul K. Vickrey
    Richard B. Megley, Jr.
    Laura A. Kenneally
    David J. Sheikh
    Niro, Scavone, Haller & Niro
    181 W. Madison, Suite 4600
    Chicago, Illinois 60602

    L. Steven Platt
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

June 24, 2008.

                                                            s/David J. Bradford

                                                            JENNER & BLOCK LLP
                                                            330 North Wabash Avenue
                                                            Chicago, Illinois 60611
                                                            Telephone No: 312 222-9350
                                                            Facsimile No: 312 527-0484