### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC,** )<br>*Plaintiff and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**FISH & RICHARDSON P.C.,** )<br>*Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**SCOTT C. HARRIS *et al.*,** )<br>*Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

#### FISH & RICHARDSON'S MOTION FOR ENTRY OF AN ORDER REFLECTING THE AGREEMENT MADE IN OPEN COURT ON JUNE 23, 2008

Fish & Richardson P.C. ("Fish & Richardson"), by its attorneys Jenner & Block LLP, respectfully moves this Court for entry of an order reflecting the agreement made in open Court on June 23, 2008 that the deadline to amend pleadings and add additional parties would be extended to seven days after the Court rules on the documents submitted by Mr. Harris to the Court for *in camera* review. In support of its Motion, Fish & Richardson states as follows:

1. On May 23, 2008, the Court set June 30, 2008 as the deadline to amend pleadings and add additional parties. (May 23, 2008 Order, Dkt. No. 177.)

2. On June 23, 2008, the parties appeared before the Court regarding several discovery issues, including Mr. Harris's assertion of privilege over seven documents that Mr. Harris had submitted for *in camera* review. During the June 23, 2008 hearing, it was agreed that the deadline to amend pleadings and add additional parties would be extended to seven days after the Court rules on the seven documents Mr. Harris submitted for *in camera* review.

3. However, the June 23, 2008 Minute Order does not refer to the agreed deadline extension. (*See* June 23, 2008 Order, Dkt. 207.) Therefore, Fish & Richardson respectfully requests entry of an Order reflecting the open Court agreement that the deadline to amend pleadings and add additional parties has been extended to seven days after the Court rules on documents submitted for *in camera* review.

WHEREFORE, Fish & Richardson respectfully requests that the Court enter an order stating that the deadline to amend the pleadings and add additional parties has been extended to seven days after the Court rules on documents submitted for *in camera* review.

June 26, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By:   s/ David J. Bradford
       One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

   I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

  Raymond P. Niro
  Paul K. Vickrey
  Richard B. Megley, Jr.
  Laura A. Kenneally
  David J. Sheikh
  Niro, Scavone, Haller & Niro
  181 W. Madison, Suite 4600
  Chicago, Illinois  60602


June 26, 2008

                 s/David J. Bradford

                 JENNER & BLOCK LLP
                 330 North Wabash Avenue
                 Chicago, Illinois  60611
                 Telephone No:  312 222-9350
                 Facsimile No:  312 527-0484