### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, ) | |
| *Plaintiff and Counterclaim Defendant,* ) | |
| ) | |
| v. ) | No. 07 C 5081 |
| ) | |
| FISH & RICHARDSON P.C., ) | Judge Rebecca R. Pallmeyer |
| *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* ) | Magistrate Judge Maria Valdez |
| ) | |
| v. ) | |
| ) | |
| SCOTT C. HARRIS, *et al.*, ) | |
| *Third-Party Defendants.* ) | |

## NOTICE OF MOTION

TO:  Raymond P. Niro                                  L. Steven Platt
      Paul K. Vickrey                                  ARNOLD & KADJAN
      Richard B. Megley, Jr.                         19 West Jackson Blvd., Suite 300
      Laura A. Kenneally                              Chicago, IL 60604
      David J. Sheikh                                    (312) 236-0415
      NIRO, SCAVONE, HALLER & NIRO
      181 W. Madison, Suite 4600
      Chicago, Illinois 60602
      (312) 236-0733

PLEASE TAKE NOTICE that on June 30, 2008, at 9:00 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION FOR ENTRY OF AN ORDER REFLECTING THE AGREEMENT MADE IN OPEN COURT ON JUNE 23, 2008, a copy of which is hereby served upon you.

June 26, 2008                                     Respectfully submitted,

                                                  FISH & RICHARDSON P.C.

                                                  By:    s/ David J. Bradford
                                                         One of its Attorneys


David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

June 26, 2008.

                                            s/David J. Bradford

                                            JENNER & BLOCK LLP
                                            330 North Wabash Avenue
                                            Chicago, Illinois 60611
                                            Telephone No: 312 222-9350
                                            Facsimile No: 312 527-0484