## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**,        ) <br>      ) <br> *Plaintiff and Counterclaim Defendant,*    ) <br>      ) <br> *v.*      ) <br>      ) <br> **FISH & RICHARDSON P.C.**,      ) <br> *Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,*    ) <br>      ) <br> *v.*      ) <br>      ) <br> **SCOTT C. HARRIS**, *et al.*,      ) <br> *Third-Party Defendants.*    ) | No. 07 C 5081 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

## <u>NOTICE OF MOTION</u>

TO:     Raymond P. Niro                               L. Steven Platt
          Paul K. Vickrey                                   ARNOLD & KADJAN
          Richard B. Megley, Jr.                        19 West Jackson Blvd., Suite 300
          Laura A. Kenneally                           Chicago, IL 60604
          David J. Sheikh                                (312) 236-0415
          NIRO, SCAVONE, HALLER & NIRO
          181 W. Madison, Suite 4600
          Chicago, Illinois 60602
          (312) 236-0733

PLEASE TAKE NOTICE that on June 30, 2008, at 9:00 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer and present the attached FISH & RICHARDSON'S MOTION TO COMPEL THE RETURN OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS AND WITHDRAWAL OF DISCOVERY BASED UPON THEM, a copy of which is hereby served upon you.

June 26, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By:   s/ David J. Bradford
            One of its Attorneys

David J. Bradford
Terrence J. Truax
Eric A. Sacks
Daniel J. Weiss
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois  60602

L. Steven Platt
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

June 26, 2008.

s/David J. Bradford

JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
Telephone No:  312 222-9350
Facsimile No:  312 527-0484