# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer / RP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Fish & Richardson's motion to compel production of unredacted versions of certain Harris emails [211] is withdrawn without prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson | Page 1 of 1

Dockets.Justia.com