Illinois Computer Research, LLC v. Google Inc. | Doc. 220

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Illinois Computer Research vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to compel deposition [209] entered and continued to 7/9/2008 at 9:00; the court anticipates that deponent(s) will be made available within a week after the production of any further discovery responses that may be ordered on 7/9/08.

Notices mailed by Judicial staff.

00:12

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Dockets.Justia.com