Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Illinois Computer Research vs. Fish & Richardson | | |

**DOCKET ENTRY TEXT**

Fish & Richardson's motion to compel the return of inadvertently produced privileged documents and withdrawal of discovery based upon them [217] entered and continued to 7/21/2008 at 9:00. By agreement, motions previously continued to 7/9/2008 [164, 173, 198, 201, 209] stricken and reset to 7/21/2008 at 9:00.

Notices mailed by Judicial staff.

00:07

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07CR5081 Illinois Computer Research vs. Fish & Richardson Page 1 of 1

Dockets.Justia.com