# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS COMPUTER RESEARCH, LLC**, )<br>*Plaintiff and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**FISH & RICHARDSON P.C.**, )<br>*Defendant, Counterclaimant, Third-Party Plaintiff, and Counterclaim Defendant,* )<br>)<br>*v.* )<br>)<br>**SCOTT C. HARRIS** *et al.*, )<br>*Third-Party Defendants.* ) | No. 07 C 5081<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## STIPULATION OF DISMISSAL

Fish & Richardson P.C., Scott C. Harris, Illinois Computer Research, LLC, Memory Control Enterprise, LLC, BarTex Research, LLC, Innovative Biometric Technology, LLC, Parker Innovative Technologies, LLC, Virginia Innovative Technology, LLC, and Innovative Patented Technology, LLC (the "Parties") and their counsel have reached agreement to settle the above captioned litigation, consistent with the August 11, 2008 Settlement And Release Agreement (the "Agreement"). Pursuant to the Agreement and Federal Rule of Civil Procedure 41, the Parties hereby jointly file this stipulation to dismiss this action in its entirety, with prejudice and without right of appeal, and with each party to bear its own costs, including attorneys' fees, subject to any rights reserved in the Agreement. The Parties further stipulate that the Honorable Rebecca R. Pallmeyer of the U.S. District Court for the Northern District of Illinois, or another U.S. District Court Judge sitting in her stead in that District, shall retain jurisdiction over all matters relating to the Agreement, and all rights reserved in the Agreement, and the Parties consent to jurisdiction, venue, and service of process in that Court.

SO ORDERED.


| | |
|---|---|
| August 14, 2008 | Respectfully submitted, |
| | |
| SCOTT C. HARRIS, ILLINOIS COMPUTER RESEARCH, LLC, MEMORY CONTROL ENTERPRISE, LLC, BARTEX RESEARCH, LLC, INNOVATIVE BIOMETRIC TECHNOLOGY, LLC, PARKER INNOVATIVE TECHNOLOGIES, LLC, VIRGINIA INNOVATIVE TECHNOLOGY, LLC, AND INNOVATIVE PATENTED TECHNOLOGY, LLC | FISH & RICHARDSON P.C. |
| By: s/ Paul K. Vickrey (signed by agreement)<br>     One of their Attorneys | By:  s/ Terrence J. Truax<br>         One of its Attorneys |
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Laura A. Kenneally<br>David J. Sheikh<br>NIRO, SCAVONE, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, Illinois  60602 | David J. Bradford<br>Terrence J. Truax<br>Eric A. Sacks<br>Daniel J. Weiss<br>JENNER & BLOCK LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>Telephone: 312 222-9350<br>Facsimile: 312 527-0484 |

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed with the Court by means of the Court's CM/ECF system, which will send notification of such filing to the following counsel at their email address on file with the Court:

Raymond P. Niro
Paul K. Vickrey
Richard B. Megley, Jr.
Laura A. Kenneally
David J. Sheikh
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602

August 14, 2008

                                            s/Terrence J. Truax

                                            JENNER & BLOCK LLP
                                            330 North Wabash Avenue
                                            Chicago, Illinois 60611
                                            Telephone No: 312 222-9350
                                            Facsimile No: 312 527-0484