Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5081 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Illinois Computer Research, LLC vs. Fish & Richardson, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed in its entirety, with prejudice and without right of appeal, and with each party to bear its own costs, including attorneys' fees, subject to any rights reserved in the Agreement. The court will retain jurisdiction over all matters relating to the Agreement. All pending motions are stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5081 Illinois Computer Research, LLC vs. Fish & Richardson, et al                               Page 1 of 1